IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:25-cv-06361<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Gabriel A. Fuentes |

## REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff, Aramark Healthcare Support Services, LLC ("Aramark"), hereby seeks an entry of default against defendant, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Vista"), and avers as follows:

　　1.　　Aramark commenced this suit against Vista on June 6, 2025. ECF No. 1.

　　2.　　On June 11, 2025, Aramark served Vista with the Summons and Complaint via process server on an authorized agent of Vista who is designated by law to accept service on behalf of Vista. *See* ECF No. 7.

　　3.　　As a result, Vista's response to the Complaint was due on or before July 2, 2025.

　　4.　　To date, Vista has failed to appear or otherwise respond to the Complaint and is in default.

　　5.　　Accordingly, Aramark respectfully requests that the Clerk of this Honorable Court enter default against Vista.

**WHEREFORE**, the plaintiff, Aramark Healthcare Support Services, LLC, respectfully requests that an entry of default be entered against defendant, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

By: /s/ Eric C. Palombo
Eric C. Palombo
FLASTER GREENBERG, P.C.
One Tower Bridge
100 Front Street, Suite 100
Conshohocken, PA 19428
(T) 215-320-3728
(F) 610-260-4447
Eric.palombo@flastergreenberg.com

*Attorneys for Plaintiff*
*Aramark Healthcare Support Services, LLC*

Date: July 7, 2025