412671
Law Firm Ref#: **A1532.0002**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

ARAMARK HEALTHCARE SUPPORT SERVICES, LLC,

      **Plaintiff(s)**,

VS

WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC D/B/A VISTA HEALTH SYSTEM,

      **Defendant(s)**.

Case No.: **1:25-cv-06361**

## AMENDED AFFIDAVIT OF SPECIAL PROCESS SERVER

**Alijared Morales** being first duly sworn on oath, deposes and states the following:
I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC D/B/A VISTA HEALTH SYSTEM c/o CT Corporation System, Registered Agent**

I, Served the within named INDIVIDUAL/ENTITY on **6/11/2025 at 10:05 AM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Derrick Hackett** (Title): **Intake Specialist**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons in a Civil Action; Complaint; Civil Cover Sheet; Attorney Appearance Form; Corporate Disclosure Statement; Local Rule 3.2 Notification as to Affiliates**

ADDRESS WHERE SERVED: **208 S La Salle St Ste 814, Chicago, IL 60604-1101**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **African American** - Hair: **Black** - Approx. Age: **35-40** - Height: **5'7** - Weight: **160**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Alijared Morales*, Process Server

Dated: 7/10/25



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

412671
Order #:412671/ILPRF441