## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Aramark Healthcare Support Services, LLC

Plaintiff,

v.                                    Case No.: 1:25−cv−06361
                                      Honorable Joan B. Gottschall

Waukegan Illinois Hospital Company, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2025:

    MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's renewed request, filed July 11, 2025, for entry of an order of default [11] is granted. The Clerk is instructed to enter an order of default under Fed. R. Civ. P. 55(a) against defendant. Plaintiff need not file an initial status report on August 13, 2025, if a motion for default judgment is on file by that date. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.