# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br><br>Defendant. | CASE NO. 1:25-cv-06361<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Gabriel A. Fuentes |

**DECLARATION**

I, Eric Daelhousen, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the below information is true and correct to the best of my knowledge, information, and belief:

1. I am employed by Aramark Healthcare Support Services, LLC. ("Aramark") and am authorized to make this declaration on its behalf.

2. I serve as the Director of Financial Planning and Analysis at Aramark.

3. I have personal knowledge of the facts contained in this declaration.

4. Aramark is a food and facilities services provider and provides these services to its clients in various industries including the healthcare industry.

5. On or about May 1, 2014, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Vista") and Aramark entered into a written agreement wherein Aramark agreed to provide Management Services on behalf of Vista, and Vista would pay Aramark for those services and the costs Aramark incurred in providing those services (the "Agreement").

6. A true and correct copy of the Agreement is attached to Aramark's Motion For Entry of Default Judgment as Exhibit B.

7. In November 2023, Aramark and Vista executed an amendment to the Agreement following Vista's failure to pay for Aramark's services ("November 2023 Amendment"). The November 2023 Amendment required Vista to make full payment for all outstanding and future invoices pursuant to a payment plan specified.

8. A true copy of the November 2023 Amendment is attached to Aramark's Motion For Entry of Default Judgment as Exhibit C.

9. After executing the November 2023 Amendment, Vista continued to accrue charges for services Aramark rendered and continued to breach its obligations by failing to pay for those services and meet the obligations set forth in its payment plan.

10. Despite Aramark making multiple requests for payment, Vista has failed or refused to pay Aramark for the services Aramark rendered to Vista or the costs Aramark incurred in rendering those services, which now total $4,801,624.71.

11. True and correct copies of Aramark's unpaid invoices is attached to Aramark's Motion For Entry of Default Judgment as Exhibit D.

12. To date, Aramark has not been paid the amount due for services it rendered despite multiple requests for payment.

13. The documents referenced in this declaration are documents generated in the ordinary course of Aramark's business, and it was the regular business practice of Aramark to make or keep the information contained in these documents as part of its regularly conducted business activity. The information contained in these documents was generated at or near the time of the acts or events they reference by a person with knowledge of these matters or based upon information supplied by such a person.

/s/ Eric Daelhousen
Signature

Date: August 13, 2025