# **EXHIBIT E**

| Name | Invoice No. | Invoice Date | Due Date | Invoice Amount | Balance Due | Aging Days As of 8/13/25 | Interest |
|---|---|---|---|---|---|---|---|
| VISTA | C01027697 | 9/25/2024 | 10/25/2024 | $99,353.10 | $99,353.10 | 292 | $14,306.85 |
| VISTA | C01029455 | 9/30/2023 | 10/30/2023 | $133,170.88 | $133,170.88 | 653 | $42,884.67 |
| VISTA | C01034201 | 10/31/2023 | 11/30/2023 | $258,178.87 | $258,178.87 | 622 | $79,193.72 |
| VISTA | C01036334 | 1/8/2024 | 2/7/2024 | $218,117.42 | $218,117.42 | 553 | $59,483.31 |
| VISTA | C01038366 | 2/5/2024 | 3/6/2024 | $174,983.43 | $174,983.43 | 525 | $45,303.93 |
| VISTA | C01040518 | 3/4/2024 | 4/3/2024 | $164,929.71 | $164,929.71 | 497 | $40,423.59 |
| VISTA | C01042540 | 4/8/2024 | 5/8/2024 | $211,313.73 | $211,313.73 | 462 | $48,144.79 |
| VISTA | C01044664 | 5/6/2024 | 6/5/2024 | $159,479.03 | $159,479.03 | 434 | $34,132.88 |
| VISTA | C01046798 | 6/3/2024 | 7/3/2024 | $155,314.63 | $155,314.63 | 406 | $31,096.97 |
| VISTA | FC1027618 | 7/8/2024 | 8/7/2024 | $185,090.11 | $185,090.11 | 371 | $33,863.88 |
| VISTA | FC1029400 | 8/5/2024 | 9/4/2024 | $148,182.41 | $148,182.41 | 343 | $25,065.16 |
| VISTA | FC1031192 | 9/2/2024 | 10/2/2024 | $142,130.66 | $142,130.66 | 315 | $22,078.93 |
| VISTA | FC1032984 | 10/7/2024 | 11/6/2024 | $123,805.64 | $123,805.64 | 280 | $17,095.35 |
| VISTA | FC1034843 | 9/1/2023 | 10/1/2023 | $931.51 | $931.51 | 682 | $313.29 |
| VISTA | FC1036878 | 10/6/2023 | 11/5/2023 | $1,889.02 | $1,889.02 | 647 | $602.73 |
| VISTA | FC1038946 | 11/3/2023 | 12/3/2023 | $1,036.57 | $1,036.57 | 619 | $316.42 |
| VISTA | FC1041056 | 12/1/2023 | 12/31/2023 | $1,401.32 | $1,401.32 | 591 | $408.42 |
| VISTA | FC1043119 | 1/5/2024 | 2/4/2024 | $1,859.14 | $1,859.14 | 556 | $509.76 |
| VISTA | FC1045206 | 2/2/2024 | 3/3/2024 | $1,215.66 | $1,215.66 | 528 | $316.54 |
| VISTA | FC1047383 | 3/1/2024 | 3/31/2024 | $1,699.75 | $1,699.75 | 500 | $419.12 |
| VISTA | C01048878 | 4/5/2024 | 5/5/2024 | $1,985.12 | $1,985.12 | 465 | $455.22 |
| VISTA | FC1049458 | 5/3/2024 | 6/2/2024 | $1,628.23 | $1,628.23 | 437 | $350.89 |
| VISTA | C01050891 | 5/31/2024 | 6/30/2024 | $1,696.86 | $1,696.86 | 409 | $342.25 |
| VISTA | 100323022 | 7/5/2024 | 8/4/2024 | $2,159.42 | $2,159.42 | 374 | $398.28 |
| VISTA | C01052872 | 8/2/2024 | 9/1/2024 | $1,908.64 | $1,908.64 | 346 | $325.67 |
| VISTA | FC1051473 | 8/30/2024 | 9/29/2024 | $2,108.78 | $2,108.78 | 318 | $330.70 |
| VISTA | 000008073-000097 | 10/4/2024 | 11/3/2024 | $2,760.24 | $2,760.24 | 283 | $385.22 |
| VISTA | 000008073-000099 | 8/23/2023 | 9/22/2023 | $118,926.99 | $118,926.99 | 691 | $40,526.41 |
| VISTA | C01033809 | 10/25/2023 | 11/24/2023 | $289,961.50 | $289,961.50 | 628 | $89,800.68 |
| VISTA | C01035792 | 9/25/2024 | 10/25/2024 | $323,302.01 | $323,302.01 | 292 | $46,555.49 |
| VISTA | C01037947 | 1/8/2024 | 2/7/2024 | $295,544.70 | $295,544.70 | 553 | $80,598.68 |
| VISTA | C01040073 | 2/5/2024 | 3/6/2024 | $225,305.13 | $225,305.13 | 525 | $58,332.42 |
| VISTA | C01042110 | 3/4/2024 | 4/3/2024 | $223,413.57 | $223,413.57 | 497 | $54,757.75 |
| VISTA | C01044144 | 4/8/2024 | 5/8/2024 | $230,884.48 | $230,884.48 | 462 | $52,603.71 |
| VISTA | C01046326 | 5/6/2024 | 6/5/2024 | $205,533.92 | $205,533.92 | 434 | $43,989.89 |
| VISTA | FC1027619 | 6/3/2024 | 7/3/2024 | $154,526.02 | $154,526.02 | 406 | $30,939.07 |
| VISTA | FC1029401 | 7/8/2024 | 8/7/2024 | $209,016.59 | $209,016.59 | 371 | $38,241.45 |
| VISTA | FC1031193 | 8/5/2024 | 9/4/2024 | $161,457.70 | $161,457.70 | 343 | $27,310.68 |
| VISTA | FC1032985 | 9/2/2024 | 10/2/2024 | $140,933.30 | $140,933.30 | 315 | $21,892.93 |
| VISTA | FC1034844 | 10/7/2024 | 11/6/2024 | $117,911.14 | $117,911.14 | 280 | $16,281.43 |
| VISTA | FC1036879 | 9/1/2023 | 10/1/2023 | $1,208.62 | $1,208.62 | 682 | $406.49 |
| VISTA | FC1038947 | 10/6/2023 | 11/5/2023 | $1,965.49 | $1,965.49 | 647 | $627.13 |
| VISTA | FC1041057 | 11/3/2023 | 12/3/2023 | $1,780.28 | $1,780.28 | 619 | $543.45 |
| VISTA | FC1043120 | 12/1/2023 | 12/31/2023 | $1,710.53 | $1,710.53 | 591 | $498.54 |
| VISTA | FC1045207 | 1/5/2024 | 2/4/2024 | $1,668.26 | $1,668.26 | 556 | $457.42 |
| VISTA | FC1047384 | 2/2/2024 | 3/3/2024 | $1,117.59 | $1,117.59 | 528 | $291.00 |
| VISTA | C01048468 | 3/1/2024 | 3/31/2024 | $1,773.52 | $1,773.52 | 500 | $437.31 |
| VISTA | FC1049459 | 4/5/2024 | 5/5/2024 | $2,365.65 | $2,365.65 | 465 | $542.48 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VISTA | C01050402 | 5/3/2024 | 6/2/2024 | $2,253.21 | $2,253.21 | 437 | $485.58 |
| VISTA | 100323023 | 5/31/2024 | 6/30/2024 | $2,319.85 | $2,319.85 | 409 | $467.91 |
| VISTA | C01052475 | 7/5/2024 | 8/4/2024 | $2,582.53 | $2,582.53 | 374 | $476.32 |
| VISTA | FC1051474 | 8/2/2024 | 9/1/2024 | $2,216.68 | $2,216.68 | 346 | $378.23 |
| VISTA | C01029456 | 8/30/2024 | 9/29/2024 | $2,470.99 | $2,470.99 | 318 | $387.51 |
| VISTA | C01034162 | 10/4/2024 | 11/3/2024 | $3,214.35 | $3,214.35 | 283 | $448.60 |
| VISTA | C01036037 | 10/31/2023 | 11/30/2023 | $15,908.43 | $15,908.43 | 622 | $4,879.75 |
| VISTA | C01038206 | 1/8/2024 | 2/7/2024 | $14,990.46 | $14,990.46 | 553 | $4,088.08 |
| VISTA | C01040368 | 2/5/2024 | 3/6/2024 | $10,914.31 | $10,914.31 | 525 | $2,825.76 |
| VISTA | C01042399 | 3/4/2024 | 4/3/2024 | $10,259.09 | $10,259.09 | 497 | $2,514.46 |
| VISTA | C01044412 | 4/8/2024 | 5/8/2024 | $12,309.68 | $12,309.68 | 462 | $2,804.58 |
| VISTA | C01046641 | 5/6/2024 | 6/5/2024 | $10,133.33 | $10,133.33 | 434 | $2,168.81 |
| VISTA | FC1027620 | 6/3/2024 | 7/3/2024 | $8,572.07 | $8,572.07 | 406 | $1,716.29 |
| VISTA | FC1029402 | 7/8/2024 | 8/7/2024 | $8,352.60 | $8,352.60 | 371 | $1,528.18 |
| VISTA | FC1031194 | 8/5/2024 | 9/4/2024 | $122.80 | $122.80 | 343 | $20.77 |
| VISTA | FC1032986 | 9/1/2023 | 10/1/2023 | $51.78 | $51.78 | 682 | $17.42 |
| VISTA | FC1034845 | 10/6/2023 | 11/5/2023 | $90.49 | $90.49 | 647 | $28.87 |
| VISTA | FC1036880 | 11/3/2023 | 12/3/2023 | $54.09 | $54.09 | 619 | $16.51 |
| VISTA | FC1038948 | 12/1/2023 | 12/31/2023 | $84.67 | $84.67 | 591 | $24.68 |
| VISTA | FC1041058 | 1/5/2024 | 2/4/2024 | $112.45 | $112.45 | 556 | $30.83 |
| VISTA | FC1043121 | 2/2/2024 | 3/3/2024 | $73.24 | $73.24 | 528 | $19.07 |
| VISTA | FC1045208 | 3/1/2024 | 3/31/2024 | $106.51 | $106.51 | 500 | $26.26 |
| VISTA | FC1047385 | 4/5/2024 | 5/5/2024 | $140.44 | $140.44 | 465 | $32.21 |
| VISTA | C01048726 | 5/3/2024 | 6/2/2024 | $113.07 | $113.07 | 437 | $24.37 |
| VISTA | FC1049460 | 5/31/2024 | 6/30/2024 | $94.44 | $94.44 | 409 | $19.05 |
| VISTA | C01050701 | 7/5/2024 | 8/4/2024 | $118.02 | $118.02 | 374 | $21.77 |
| VISTA | C01052786 | 8/2/2024 | 9/1/2024 | $107.25 | $107.25 | 346 | $18.30 |
| VISTA | FC1051475 | 8/30/2024 | 9/29/2024 | $114.16 | $114.16 | 318 | $17.90 |
| | | 10/4/2024 | 11/3/2024 | $131.85 | $131.85 | 283 | $18.40 |
| | | | **Total:** | **$5,016,649.71** | **$5,016,649.71** | | **$1,129,689.43** |
| | | | | **Vista Advance Deposit As of February 11, 2025** | **($215,025.00)** | | |
| | | | | **Total Balance Due:** | **$4,801,624.71** | | |
| | | | | **Total Balance Due with Interest:** | **$5,931,314.14** | | |