## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Aramark Healthcare Support Services, LLC

                         Plaintiff,

v.                                                            Case No.: 1:25−cv−06361
                                                              Honorable Joan B. Gottschall

Waukegan Illinois Hospital Company, LLC

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2025:

       MINUTE entry before the Honorable Joan B. Gottschall:

The proposed default judgment emailed to the court on August 26, 2025, ¶ 3, provides that interest on the entire judgment amount, including contractual costs and attorneys' fees, accrues at the contractual monthly 1.5% rate "until the judgment is satisfied." Plaintiff cites ¶ 4(c) of the November 2023 contractual amendment as support for setting this interest rate. See Mot. Default J. ¶ 9–11, Dkt. No. [13]. The cited language sets a 1.5% monthly interest rate on all "unpaid invoices," a phrase that does not appear to encompass contractual attorneys' fees and costs unless they have been invoiced. See Dkt. No. [13] Ex. D (spreadsheet calculating damages). In addition, ¶ 3 does not make clear whether or how interest is calculated should partial payment be made reducing the judgment amount or how the contractual interest rate interacts with the statutory post judgment interest rate.

Plaintiff has until and including September 9, 2025, to either (1) clarify ¶ 3 of its proposed judgment; (2) remove ¶ 3; or (3) file a supplemental memorandum of law, not to exceed five pages, addressing the matters raised in this order.

Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.