IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC | CASE NO. 1:25-cv-06361 |
| Plaintiff, | |
| v. | Judge Joan B. Gottschall |
| WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM, | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | |

## NOTICE OF COMPLIANCE

Plaintiff Aramark Healthcare Support Services, LLC ("Aramark" or "Plaintiff"), hereby provides the following notice to this Honorable Court in compliance with its prior orders (Dkt. Nos. 16-17), regarding the proposed order in support of Aramark's Motion Seeking Default Judgment (Dkt. 13).

In accordance with this Court's August 29, 2025, Order (Dkt. No. 16), Aramark provided an updated proposed order on September 5, 2025, removing paragraph 3 and replacing it with the following standard language "Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961." See Exhibit A, email dated 9/5/2025 with proposed order. Plaintiff apologizes if it misunderstood the Court's prior order and was supposed to file the proposed order via the Court's electronic filing system. In an abundance of caution, Plaintiff is attaching the updated proposed order to this notice and will also resubmit the word version of the proposed order pursuant to Judge Gottschall's judicial procedures.

11984355 v1

Should the Court need anything else, please do not hesitate to let us know and we appreciate the Court's attention to this matter.

                          Respectfully submitted,

By:   */s/ Eric C. Palombo*
       Eric C. Palombo
       FLASTER GREENBERG, P.C.
       One Tower Bridge
       100 Front Street, Suite 100
       Conshohocken, PA 19428
       (T) 215-320-3728
       (F) 610-260-4447
       Eric.palombo@flastergreenberg.com

       *Attorneys for Plaintiff*
       *Aramark Healthcare Support Services, LLC*

Date: September 16, 2025