# Exhibit "A"

**Hines, Megan R.**

| | |
|---|---|
| **From:** | Palombo, Eric |
| **Sent:** | Friday, September 5, 2025 10:30 AM |
| **To:** | proposed_order_gottschall@ilnd.uscourts.gov |
| **Subject:** | Aramark Healthcare Support Services, LLC v. Waukegan Illinois Hospital Company, LLC; Case 1:25-cv-06361, Dkt. No. 13 - Motion for Default Judgment |
| **Attachments:** | Aramark v. Waukegan Proposed Order Re Default Judgment 9.5.2025.docx |

To the Chambers of the Honorable Joan B. Gottschall,

Pursuant to the Court's August 29th Order (ECF No. 16),  attached is an updated proposed order in support of Plaintiff's Motion for Default Judgment (ECF No. 13). Should the Court need anything else, please let us know.

Respectfully submitted,

Eric C. Palombo



**Eric C. Palombo**
Flaster Greenberg PC
p: 215.320.3728 • f: 610.260.4447 • e: eric.palombo@flastergreenberg.com
One Tower Bridge, 100 Front Street, Suite 100, Conshohocken, PA 19428

   

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling the sender, so that our address record can be corrected.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, | CASE NO. 1:25-cv-06361 |
| Plaintiff, | |
| v. | Judge Joan B. Gottschall |
| | Magistrate Judge Gabriel A. Fuentes |
| WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM, | |
| Defendant. | |

**<u>PROPOSED ORDER</u>**

Default having been entered against Defendant Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Defendant"), and Plaintiff Aramark Healthcare Support Services, LLC ("Plaintiff") having filed a Motion for the Entry of Final Default Judgment along with supporting exhibits setting forth a particular statement of items of the claims and net amounts due in accordance with Federal Rule of Civil Procedure 55(b),

**IT IS** on this _____ day of _____ 2025, **ORDERED** as follows:

1. Plaintiff's Motion for Entry of Final Default Judgment is **GRANTED**.

2. A final judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of **$5,931,314.14.**

3. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

_____
Honorable Joan B. Gottschall, U.S.D.J.

11887375 v1