# Exhibit "B"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:25-cv-06361<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Gabriel A. Fuentes |

## **PROPOSED ORDER**

Default having been entered against Defendant Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Defendant"), and Plaintiff Aramark Healthcare Support Services, LLC ("Plaintiff") having filed a Motion for the Entry of Final Default Judgment along with supporting exhibits setting forth a particular statement of items of the claims and net amounts due in accordance with Federal Rule of Civil Procedure 55(b),

**IT IS** on this ____ day of _____ 2025, **ORDERED** as follows:

1. Plaintiff's Motion for Entry of Final Default Judgment is **GRANTED**.

2. A final judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of **$5,931,314.14.**

3. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Joan B. Gottschall, U.S.D.J.

11887375 v1