IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, | CASE NO. 1:25-CV-06361 |
| Plaintiff, | Judge Joan B. Gottschall |
| v. | |
| WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM, | |
| Defendant. | |

## DEFAULT JUDGMENT ORDER

Default having been entered against Defendant Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Defendant"), and Plaintiff Aramark Healthcare Support Services, LLC ("Plaintiff") having filed a Motion for the Entry of Final Default Judgment along with supporting exhibits setting forth a particular statement of items of the claims and net amounts due in accordance with Federal Rule of Civil Procedure 55(b),

**IT IS** on this 17th day of September 2025, **ORDERED** as follows:

1. Plaintiff's Motion for Entry of Final Default Judgment is **GRANTED**.

2. A final judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of **$5,931,314.14.**

3. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

Date: September 17, 2025

/s/ Joan B. Gottschall
United States District Judge