# *United States District Court for the Northern District of Illinois*

Case Number: 25cv6361      Assigned/Issued By: JKS

Judge Name: Gottschall     Designated Magistrate Judge: Fuentes

---

**FEE INFORMATION**

*Amount Due:*  ☐ $405.00   ☐ $52.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $605.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                  Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☑ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

1 Original and 0 copies on 10/31/2025 as to Wells Fargo Bank
                          (Date)

(third party) (no notice)

Rev. 12/1/2023