mR

**FILED**

**NOV 14 2025** mm

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

88479825
REQU

### ANSWER

I, **SHAWNA MCFARLAND**, certify under penalty of perjury that with regard to the property of the Judgment Debtor, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System, the Citation Respondent files the following Answer to this Citation to Discover Assets, stating that Citation Respondent is in possession of the following property of Judgment Debtor:

| | | |
|---|---|---|
| Savings Account: Account No. | | |
| Balance: $ | Amount withheld: $ | |
| Checking Account: Account No. 3029 | | |
| Balance: $ $903.91 | Amount withheld: $ | $778.91 |
| Other Account: Type: Account No.: | | |
| Balance: $ | Amount withheld: $ | |
| Certificate of Deposit: Account No. | Amount held: $ | |
| Trust Account: Account No. | Amount held: $ | |
| Safe Deposit Box: No. | | |
| Description of property: | Approx. value: $ | |
| (Attach itemization if necessary) | | |
| No Accounts: | | |
| Adverse Claimant: Name: | | |
| Address: | | |
| Wages, salary, or commissions: | Amount due: $ | |
| Other personal property: | | |
| Description of property: | Approx. value: $ | |
| (Attach itemization if necessary) | | |
| | Subtotal: $ | |
| Less right of setoff for loans, claims: $ | | |

(Attach written explanation)

Less deduction for fees under 205 ILCS 5/48.1(g):    $

**TOTAL:** $ $778.91

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that, based upon a review of Wells Fargo's records, the statements set forth in this Answer are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that [he/she/they] verily believe[s] the same to be true.

*Shawna McFarland*
_____
[NAME]

WELLS FARGO BANK    [TITLE]    SHAWNA MCFARLAND AGENT
PO BOX 29779
PHOENIX, AZ 85038-9779             11/10/2025
(480) 724-2000

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br><br>Defendant. | CASE NO. 1:25-cv-06361<br><br>Judge Joan B. Gottschall |

### THIRD-PARTY CITATION TO DISCOVER ASSETS TO WELLS FARGO

To: WELLS FARGO BANK, N.A.
Attn: Branch Manager
460 E. Townline Road
Vernon Hills, IL 60061

A Judgment against Defendant, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Judgment Debtor") was entered on September 17, 2025, in the amount of $5,931,314.14, post-judgment interest of $24,365.51 has accrued from the time of Judgment through October 29, 2025, altogether totaling $5,955,679.65, and remains unsatisfied in the amount of $5,955,679.65.

YOU ARE COMMANDED to appear on November 21, 2025, at West Loop Riverside Plaza Center, 10 South Riverside Plaza, Suite 875 Chicago, IL 60606 to be examined under oath before a notary public or other officer authorized to administer oaths, to discover the assets of the Judgment Debtor relating to any and all accounts and assets as outlined on Rider A of Judgment Debtor. Please note that the examination date is conditional and subject to change by counsel for Plaintiff Aramark Healthcare Support based on their assessment of the completeness and status of your production of documents.

YOU ARE COMMANDED to produce prior to the examination all documents, papers and records identified in Rider A. The documents, papers and records must be produced by

November 18, 2025, and should be delivered to Eric C. Palombo, Esquire of FLASTER GREENBERG P.C. One Tower Bridge, 100 Front Street, Suite 100, Conshohocken, PA 19428; Phone number: (215)320-3728; Email: eric.palombo@flastergreenberg.com.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to Judgment Debtor or to which Judgment Debtor may be entitled or that may be acquired by or become due to Judgment Debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to Judgment Debtor, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOUR FAILURE TO APPEAR AND ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

### CERTIFICATE OF ATTORNEY

I, Eric C. Palombo, Esquire, certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the following information is true:

1. Judgment was entered in the amount of $5,931,314.14 on September 17, 2025.
2. Post-judgment interest from the time of judgment through October 29, 2025, totals $24,365.51.
3. An award for costs against Judgment Debtor for $ N/A was entered on N/A.
4. Name of the Court entering Judgment: United States District Court, Northern District of Illinois, Eastern Division.
5. Case No. 1:25-CV-06361.

| Dated: October 29, 2025<br><br>FLASTER/GREENBERG P.C.<br>*Attorneys for Plaintiff*<br><br>By: /s/ Eric C. Palombo<br>     Eric C. Palombo, Esquire | ISSUED:<br><br>Thomas G. Burton, Clerk of the District Court<br><br><br>By: Deputy Clerk |
|---|---|

THOMAS G. BRUTON, CLERK

_[signature]_

(By) DEPUTY CLERK

October 31, 2025

DATE

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT**
**219 South Dearborn Street**
**Chicago, IL, 60604**



Wells Fargo Bank, N.A.
LEVY PROCESSING
MAC# S4001-01E
PO BOX 29779
PHOENIX, AZ 85038





US POSTAGE PITNEY BOWES
ZIP 85282
02 7W $ 000.74
0008040096 NOV 10 2025



RECEIVED
NOV 14 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


