**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Aramark Healthcare
Support Services v.
Waukegan Illinois Hospital

Case Number: 25-CV-06361

An appearance is hereby filed by the undersigned as attorney for:

Waukegan Illinois Hospital Company d/b/a Vista Health System

Attorney name (type or print): Zubair A. Khan

Firm: Trivedi & Khan P.C.

Street address: 300 N Martingale Road, Suite 725

City/State/Zip: Schaumburg, IL 60173

Bar ID Number: 6275265
(See item 3 in instructions)

Telephone Number: 224-353-6346

Email Address: service@trivedikhan.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔Yes | No |
| Are you a member of the court's general bar? | ✔Yes | ☐ No |
| Are you a member of the court's trial bar? | ✔Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✔Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/17/2025

Attorney signature: S/ Zubair A. Khan
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023