UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, | |
| Plaintiff, | Court No: 25-CV-06361 |
| v. | Judge Joan B. Gottschall |
| WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d/b/a VISTA HEALTH SYSTEM, | |
| Defendants. | |

**NOTICE OF FILING**

TO: Flaster Greenberg
Eric Palombo (eric.palombo@flastergreenberg.com)

**PLEASE TAKE NOTICE** that on November 21, 2025, Defendant caused to be filed with the U.S. District Court, Northern District of Illinois, *Defendant's Motion to Vacate Default Judgment Pursuant to Rule 60(b),* a copy of which is attached hereto and hereby served upon you.

WAUKEGAN ILLINOIS HOSPITAL
COMPANY LLC

Zubair A. Khan (6275265)   *s/ Zubair A. Khan*
TRIVEDI & KHAN P.C.        By: One of its attorneys
300 N. Martingale Road, Suite 725
Schaumburg, IL 60173
Telephone: (312) 612-7619
Email: service@trivedikhan.com

**CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, hereby certifies that she caused to be served *Defendant's Motion to Vacate Default Judgment Pursuant to Rule 60(b)* to the counsel of record listed above by CM/ECF filing system, which sends an email notification upon acceptance, on November 21, 2025.

*s/ Jessica R. Pulio*