# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Aramark Healthcare Support Services, LLC

                        Plaintiff,

v.                                        Case No.: 1:25−cv−06361
                                        Honorable Joan B. Gottschall

Waukegan Illinois Hospital Company, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 24, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff has 10 days, to and including December 4, 2025, to respond to defendant's Motion to Vacate Default Judgment [24]. If defendant wishes to reply, it should do so on or before December 11, 2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.