# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Aramark Healthcare Support Services, LLC

                            Plaintiff,

v.                                                              Case No.: 1:25−cv−06361
                                                              Honorable Joan B. Gottschall

Waukegan Illinois Hospital Company, LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 22, 2025:

       MINUTE entry before the Honorable Joan B. Gottschall: For the reasons stated in the accompanying Order, Vista's motion to set aside the default judgment, Dkt. No. 24, is denied without prejudice to refiling within fourteen days, on or before January 5, 2026. Vista has shown that good cause exists to set aside the default judgment and that it took quick action. If Vista elects to renew its motion, it should limit itself to the question of whether it has an arguably meritorious defense.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.