UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES,<br><br>    Plaintiff,<br><br>v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d/b/a VISTA HEALTH SYSTEM,<br><br>    Defendant. | Case No: 25 CV 06361<br>Judge Joan B. Gottschall |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO SET ASIDE DEFAULT JUDGMENT**

    Defendant Waukegan Hospital Company, LLC, by its attorneys, TRIVEDI & KHAN, P.C., and for its Motion for Extension of Time to File Motion to Set Aside Default Judgment, pursuant to FRCP 6(b) states as follows:

    1. On December 22, 2025, this Court entered an Order requiring Defendant to file its Motion to Set Aside Default Judgment by January 5, 2026.

    2. Lead counsel for Defendant was out of the country from December 19, 2025, through January 4, 2026, and has not been able to complete the motion in accordance with the Court's deadline.

    3. Defendant now seeks an extension of time to file its motion.

    4. This motion is not brought for the purposes of delay, but rather in order to represent Defendant in the capacity it deserves.

    WHEREFORE, Defendant Waukegan Hospital Company, LLC, respectfully requests that this Honorable Court grant its Motion, extending the deadline to file its motion within 14 days, and granting any further relief the Court deems just.

|  |  |
|---|---|
| Date: January 5, 2026 | Respectfully Submitted,<br>**WAUKEGAN HOSPITAL COMPANY, LLC**<br>By: *s/ Zubair A. Khan*<br>     One of its attorneys |

Zubair A. Khan (6275265)
TRIVEDI & KHAN, P.C.
300 N Martingale Road, Suite 725
Schaumburg, IL 60173
Phone: (224) 353-6346
Fax: (224) 353-6348
Email: service@trivedikhan.com