IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:25-cv-06361<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Gabriel A. Fuentes |

**MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION TO <u>VACATE DEFAULT JUDGMENT</u>**

Plaintiff Aramark Healthcare Support Services, LLC ("Aramark"), hereby files this motion for leave to file a response by January 30, 2026 to defendant, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System's ("Vista") January 20, 2026 Motion to Vacate Default Judgment (ECF No. 31), and avers as follows:

On December 22, 2025, the Court entered an Order denying Vista's motion to set aside the default judgment (ECF No. 24) without prejudice and granting Vista leave to refile a motion addressing whether it has a meritorious defense to Aramark's claims. *See* ECF No. 28. On January 20, 2026, Vista filed its motion to vacate the default judgment. ECF No. 31. Vista, however, failed to provide a meritorious defense against Aramark's claims necessary to vacate the default judgment.

Currently, no briefing schedule exists regarding Vista's renewed motion to vacate. Thus, Aramark requests until January 30, 2026 to file a response to Vista's motion.

15003371 v1

**WHEREFORE**, the plaintiff, Aramark Healthcare Support Services, LLC respectfully requests to file a response by January 30, 2026 to defendant, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System's January 20, 2026 motion to vacate default judgment.

                                             **FLASTER GREENBERG, P.C.**

By:    /s/ *Eric C. Palombo*
          Eric C. Palombo
          Eric.Palombo@flastergreenberg.com
          Flaster Greenberg, P.C.
          100 Front Street, Suite 100
          Conshohocken, PA 19428
          Telephone: (215) 320-3728
          Fax: (610) 260-4447
          *Attorneys for Plaintiff,*
          *Aramark Healthcare Support Services, LLC*

Date: January 21, 2026