```
AP0I0L                                          VISTA MC - WAUKEGAN, IL      0186                    PAGE:     1
HOSPITAL: 0186                                  Accounts Payable Vendor History Listing              DATE:  2/06/26
USER: BROWNSE                                                                                        TIME:  9:35:29

VENDOR:  A798 ARAMARK                            **** UnPaid Invoices by Invoice Date ****
```

| Invoice# | Sts | P.O.# | Inv Date | Due Date | Description | Gross | Discount | Amt Paid | CC/Ck# | Bnk | Date Pd | Inv Post |
|----------|-----|-------|----------|----------|-------------|-------|----------|----------|--------|-----|---------|----------|
| LEGAL PAYMENT 6 | | | 12/03/25 | 12/03/25 | LEGAL ORDER | 101.38- | .00 | .00 | | | | 12/12/25 |
| LEGAL PAYMENT 5 | | | 11/16/25 | 11/16/25 | LEGAL ORDER 88479825 | 756.56- | .00 | .00 | | | | 11/30/25 |
| LEGAL PAYMENT 4 | | | 11/11/25 | 11/11/25 | LEGAL ORDER FEE 8847 | 169,000.00- | .00 | .00 | | | | 11/30/25 |
| LEGAL PAYMENT 3 | | | 11/10/25 | 11/10/25 | LEGAL ORDER FEE 8847 | 76,332.97- | .00 | .00 | | | | 11/12/25 |
| LEGAL PAYMENT 1 | | | 11/07/25 | 11/07/25 | LEGAL ORDER FEE 8847 | 778.91- | .00 | .00 | | | | 11/12/25 |
| LEGAL PAYMENT 2 | | | 11/07/25 | 11/07/25 | LEGAL ORDER FEE 8847 | 125.00- | .00 | .00 | | | | 11/12/25 |
| KC01050402 | | | 9/02/24 | 10/02/24 | FOOD AUG 2024 | 140,933.30 | .00 | .00 | | | | 9/18/24 |
| KC01050891 | | | 9/02/24 | 10/02/24 | AUG 2024  EVS | 142,130.66 | .00 | .00 | | | | 9/18/24 |
| INT DEP PAYMENT | | | 8/31/24 | 8/31/24 | INTIAL PAYMENT | 215,025.00- | .00 | .00 | | | | 8/31/24 |
| KC01048468 | | | 8/05/24 | 9/04/24 | COST OF OPERATION | 161,457.70 | .00 | .00 | | | | 8/18/24 |
| C01048878 | | | 8/05/24 | 9/04/24 | EVS | 148,182.41 | .00 | .00 | | | | 8/18/24 |
| KC01046326 | | | 7/08/24 | 8/07/24 | VISTA FOOD | 209,016.59 | .00 | .00 | | | | 7/26/24 |
| C01046798 | | | 7/08/24 | 8/07/24 | EVS | 185,090.11 | .00 | .00 | | | | 7/31/24 |
| KC01044144 | | | 6/03/24 | 7/03/24 | 8073 VISTA FOOD | 154,526.02 | .00 | .00 | | | | 6/19/24 |
| C01044664 | | | 6/03/24 | 7/03/24 | EVS | 155,314.63 | .00 | .00 | | | | 7/31/24 |
| C01044412 | | | 6/03/24 | 7/03/24 | | 8,572.07 | .00 | .00 | | | | 10/31/24 |
| KC01042110 | | | 5/06/24 | 6/05/24 | 11/23-4/24 | 205,533.92 | .00 | .00 | | | | 5/22/24 |
| C01042540 | | | 5/06/24 | 6/05/24 | EVS | 159,479.03 | .00 | .00 | | | | 7/31/24 |
| C01042399 | | | 5/06/24 | 6/05/24 | | 10,133.33 | .00 | .00 | | | | 10/31/24 |
| C01040368 | | | 4/08/24 | 5/08/24 | VALET | 12,309.68 | .00 | .00 | | | | 4/16/24 |
| KC01040073 | | | 4/08/24 | 5/08/24 | 03/29/2024 VISTA FOO | 230,884.48 | .00 | .00 | | | | 4/16/24 |
| C01040518 | | | 4/08/24 | 5/08/24 | EVS | 211,313.73 | .00 | .00 | | | | 4/16/24 |
| KC01038206 | | | 3/04/24 | 4/03/24 | 2/2024 VISTA VALET | 10,259.09 | .00 | .00 | | | | 3/31/24 |
| KC01038366 | | | 3/04/24 | 4/03/24 | 2/2024 VISTA EVS | 164,929.71 | .00 | .00 | | | | 3/31/24 |
| KC01037947 | | | 3/04/24 | 4/03/24 | 2/2024 VISTA  FOOD | 223,413.57 | .00 | .00 | | | | 3/31/24 |
| KC01036037 | | | 2/05/24 | 3/06/24 | 1/2024 VISTA VALET O | 10,914.31 | .00 | .00 | | | | 3/31/24 |
| KC01036334 | | | 2/05/24 | 3/06/24 | 1/2024 VISTA EVS | 174,983.43 | .00 | .00 | | | | 3/31/24 |
| KC01035792 | | | 2/05/24 | 3/06/24 | 1/2024 VISTA FOOD  2 | 225,305.13 | .00 | .00 | | | | 3/31/24 |
| KC01034162 | | | 1/08/24 | 2/07/24 | VISTA VALET | 14,990.46 | .00 | .00 | | | | 1/17/24 |
| KC01034201 | | | 1/08/24 | 2/07/24 | 27136 VISTA EVS | 218,117.42 | .00 | .00 | | | | 1/17/24 |
| KC01033809 | | | 1/08/24 | 2/07/24 | 27136 VISTA FOOD | 295,544.70 | .00 | .00 | | | | 1/17/24 |
| C01029455 | | | 10/31/23 | 11/30/23 | 10/1/23-10/31/23  CO | 258,178.87 | .00 | .00 | | | | 11/08/23 |
| C01029456 | | | 10/31/23 | 11/30/23 | 10/1/23-10/31/23 CON | 15,908.43 | .00 | .00 | | | | 11/08/23 |
| 000008073-00099 | | | 10/25/23 | 11/24/23 | 9/28/23-10/25/23 | 289,961.50 | .00 | .00 | | | | 10/31/23 |
| C01027697 | | | 9/30/23 | 10/30/23 | 09/01/23-09/30/23 CO | 258,178.87 | .00 | 5,095.90 | 394006 | 002 | 6/05/24 | 10/20/23 |
| | | | | | | | .00 | 112,500.00 | 394067 | 002 | 6/13/24 | 10/20/23 |
| 000008073-00097 | | | 8/23/23 | 9/22/23 | 7/27/23-8/23/23 | 328,018.56 | .00 | 7,412.09 | 393611 | 002 | 4/19/24 | 8/31/23 |
| | | | | | | | .00 | 96,591.57 | 393873 | 002 | 5/10/24 | 8/31/23 |
| | | | | | | | .00 | 112,500.00 | 393874 | 002 | 5/17/24 | 8/31/23 |

```
                                      ------------------   ------------------   ------------------
                          TOTAL:            4,161,461.89                  .00           334,099.56
```

```
Invoice Status Key:
" " = Invoice open/ready for payment
"B" = Credit Card selected for payment/Sched
"C" = Credit Card file is ready/transmitted
"D" = Invoice has been cancelled
"E" = Inv selected for payment/Scheduled
"F" = Inv selected for payment/Demand
"H" = Invoice is on hold
"P" = Transaction journal has been printed
"R" = Check and register have been printed
"S" = Invoice is suspended
"T" = Transaction entry: Inv has/is being keyed
"X" = Invoice has been paid in full
```

EXHIBIT 2



**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ARAMARK HEALTHCARE SUPPORT SERVICES,

       Plaintiff,

       v.

WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC,
d/b/a VISTA HEALTH SYSTEM,

       Defendants.

Case No. 25-CV-06361

Judge Joan B. Gottschall

### <u>AFFIDAVIT OF ELIZABETH GEORGE</u>

I, Elizabeth George, being first duly sworn upon oath, declare under penalty of perjury that the following is true and correct:

1.   I am employed by Waukegan Illinois Hospital Company, LLC (WIHC), as its Chief Financial Officer.

2.   My job duties include keeping detailed records of invoices and payments for WIHC's various contracts.

3.   I have reviewed the exhibits attached to the Plaintiff's Motion for Default, along with the attached Exhibits, and reviewed WIHC's records with respect to the contract between Aramark and WIHC.

4.   In my review, I found discrepancies resulting in a difference of $974,262.08 between the $4,801,624.71 claimed in paragraph 11 of Plaintiff's Motion for Default and the balance due in Vista's records, which is $3,827,362.33.

5. I have provided a spreadsheet in which I demonstrated the discrepancies in my review.

6. Amongst the reasons for this discrepancy are a number of invoices (shaded orange) which WIHC has no record of ever receiving.

7. A portion of these invoices are dated after the effective date of the termination of the contract, September 10, 2024. Aramark stopped providing services after the contract was terminated.

8. WIHC never received these invoices and has not had the opportunity to ascertain whether the charges are accurate or appropriate pursuant to the Agreement, nor has WIHC been provided any opportunity to dispute these invoices.

9. Additionally, some of the invoices included in Exhibit E of Plaintiff's Motion for Default appear to be invoices for "Finance Charges" on prior invoices. WIHC has no record of receiving any of these invoices. Based upon the ledger, Aramark has calculated additional interest on these Finance Charge invoices.

10. The contract between Aramark and WIHC did not provide for compounding interest.

11. WIHC was not aware of the existence of these Finance Charge invoices until the Motion for Default and Exhibits were pulled from the Federal court docket and provided to WIHC by its counsel in the instant matter.

12. Based upon all of the foregoing, WIHC believes there to be a significant discrepancy between the balance actually owed by WIHC and balance alleged by Aramark.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in the foregoing instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

2

FURTHER AFFIANT SAYETH NOT

ELIZABETH GEORGE

`

3



**EXHIBIT**

4

| Invoice | Aramark | | Invoice Date | Vista | |
|---|---|---|---|---|---|
| LEGAL PAYMENT 6 | | | 12/3/2025 | $ | (101.38) |
| LEGAL PAYMENT 5 | | | 11/16/2025 | $ | (756.56) |
| LEGAL PAYMENT 4 | | | 11/11/2025 | $ | (169,000.00) |
| LEGAL PAYMENT 3 | | | 11/10/2025 | $ | (76,332.97) |
| LEGAL PAYMENT 2 | | | 11/7/2025 | $ | (778.91) |
| LEGAL PAYMENT 1 | | | 11/7/2025 | $ | (125.00) |
| KC01050402 | $ | 2,253.21 | 9/2/2024 | $ | 140,933.30 |
| KC01050891 | $ | 1,696.86 | 9/2/2024 | $ | 142,130.66 |
| INT DEP PAYME | $ | (215,025.00) | 8/31/2024 | $ | (215,025.00) |
| KC01048468 | $ | 1,773.52 | 8/5/2024 | $ | 161,457.70 |
| C01048878 | $ | 1,985.12 | 8/5/2024 | $ | 148,182.41 |
| KC01046326 | $ | 205,533.92 | 7/8/2024 | $ | 209,016.59 |
| C01046798 | $ | 155,314.63 | 7/8/2024 | $ | 185,090.11 |
| KC01044144 | $ | 230,884.18 | 6/3/2024 | $ | 154,526.02 |
| C01044664 | $ | 159,479.03 | 6/3/2024 | $ | 155,314.63 |
| C01044412 | $ | 12,309.68 | 6/3/2024 | $ | 8,572.07 |
| KC01042110 | $ | 223,413.57 | 5/6/2024 | $ | 205,533.92 |
| C01042540 | $ | 211,313.73 | 5/6/2024 | $ | 159,479.03 |
| C01042399 | $ | 10,259.09 | 5/6/2024 | $ | 10,133.33 |
| C01040368 | $ | 10,914.31 | 4/8/2024 | $ | 12,309.68 |
| KC01040073 | $ | 225,305.13 | 4/8/2024 | $ | 230,884.48 |
| C01040518 | $ | 164,929.71 | 4/8/2024 | $ | 211,313.73 |
| KC01038206 | $ | 14,990.46 | 3/4/2024 | $ | 10,259.09 |
| KC01038366 | $ | 174,983.43 | 3/4/2024 | $ | 164,929.71 |
| KC01037947 | $ | 295,544.70 | 3/4/2024 | $ | 223,413.57 |
| KC01036037 | $ | 15,908.43 | 2/5/2024 | $ | 10,914.31 |
| KC01036334 | $ | 218,117.42 | 2/5/2024 | $ | 174,983.43 |
| KC01035792 | $ | 323,302.01 | 2/5/2024 | $ | 225,305.13 |
| KC01034162 | $ | 3,214.35 | 1/8/2024 | $ | 14,990.46 |
| KC01034201 | $ | 258,178.87 | 1/8/2024 | $ | 218,117.42 |
| KC01033809 | $ | 289,961.50 | 1/8/2024 | $ | 295,544.70 |
| C01029455 | $ | 133,170.88 | 10/31/2023 | $ | 258,178.87 |
| C01029456 | $ | 2,470.99 | 10/31/2023 | $ | 15,908.43 |
| 000008073-00097 | $ | 2,760.24 | 10/25/2023 | $ | 289,961.50 |
| C01027697 | $ | 99,353.10 | 9/30/2023 | $ | 140,582.97 |
| 000008073-00099 | $ | 118,926.99 | 8/23/2023 | $ | 111,514.90 |
| FC1027618 | $185,090.11 | | | | |
| FC1029400 | $148,182.41 | | | | |
| FC1031192 | $142,130.66 | | | | |
| FC1032984 | $123,805.64 | | | | |
| FC1034843 | $931.51 | | | | |
| FC1036878 | $1,889.02 | | | | |
| FC1038946 | $1,036.57 | | | | |

| | | |
|---|---|---|
| FC1041056 | | $1,401.32 |
| FC1043119 | | $1,859.14 |
| FC1045206 | | $1,215.66 |
| FC1047383 | | $1,699.75 |
| FC1049458 | | $1,628.23 |
| FC1051473 | | $2,108.78 |
| FC1027619 | | $154,526.02 |
| FC1029401 | | $209,016.59 |
| FC1031193 | | $161,457.70 |
| FC1032985 | | $140,933.30 |
| FC1034844 | | $117,911.14 |
| FC1036879 | | $1,208.62 |
| FC1038947 | | $1,965.49 |
| FC1041057 | | $1,780.28 |
| FC1043120 | | $1,710.53 |
| FC1045207 | | $1,668.26 |
| FC1047384 | | $1,117.59 |
| FC1049459 | | $2,365.65 |
| FC1051474 | | $2,216.68 |
| FC1027620 | | $8,572.07 |
| FC1029402 | | $8,352.60 |
| FC1031194 | | $122.80 |
| FC1032986 | | $51.78 |
| FC1034845 | | $90.49 |
| FC1036880 | | $54.09 |
| FC1038948 | | $84.67 |
| FC1041058 | | $112.45 |
| FC1043121 | | $73.24 |
| FC1045208 | | $106.51 |
| FC1047385 | | $140.44 |
| FC1049460 | | $94.44 |
| FC1051475 | | $114.16 |
| | 100323022 | $2,159.42 |
| C01052872 | | $1,908.64 |
| | 100323023 | $2,319.85 |
| C01052475 | | $2,582.53 |
| C01046641 | | $10,133.33 |
| C01048726 | | $113.07 |
| C01050701 | | $118.02 |
| C01052786 | | $107.25 |
| NO INV | | $131.85 |
| **TOTAL** | **$4,801,624.41** | **$3,827,362.33** |
| Interest | $ 1,129,689.43 | $ 1,129,689.43 |
| Total liability per Aramark | **$5,931,313.84** | **$4,957,051.76** |

$ 974,262.08

**Description**

LEGAL ORDER
LEGAL ORDER 88479825
LEGAL ORDER FEE 8847
LEGAL ORDER FEE 8847
LEGAL ORDER FEE 8847
LEGAL ORDER FEE 8847
FOOD AUG 2024
AUG 2024  EVS
INTIAL PAYMENT
COST OF OPERATION
EVS
VISTA FOOD
EVS
8073 VISTA FOOD
EVS

11/23-4/24
EVS

VALET
03/29/2024 VISTA FOO
EVS
2/2024 VISTA VALET
2/2024 VISTA EVS
2/2024 VISTA  FOOD
1/2024 VISTA VALET O
1/2024 VISTA EVS
1/2024 VISTA FOOD  2
VISTA VALET
27136 VISTA EVS
27136 VISTA FOOD
10/1/23-10/31/23  CO
10/1/23-10/31/23 CON
9/28/23-10/25/23
09/01/23-09/30/23 CO

Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk

Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk
Not in Vista's system, Invoice# don't match - svcs agreemet - Food,EVS, information desk

Not in Vista's total

**Variance**