# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Aramark Healthcare Support Services, LLC

                                      Plaintiff,

v.                                                                    Case No.: 1:25−cv−06361
                                                                   Honorable Joan B. Gottschall

Waukegan Illinois Hospital Company, LLC

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 10, 2026:

      MINUTE entry before the Honorable Joan B. Gottschall: The court agrees with plaintiff [34] that the non−specific representations and assertions made in defendant's second motion to set aside default judgment, Dkt. No. 31 Paragraphs 7−9, as well as the averments of the accompanying affidavit of Jonathan Burket, Dkt. No. 31−1 Paragraphs 7−10, lack the specificity required to carry defendant's burden to show that it has a meritorious defense. See Acosta v. DT& C Glob. Mgmt., LLC, 874 F.3d 557, 562 (7th Cir. 2017). Defendant elaborates in its reply memorandum [35] on its claim to a defense and also attaches several exhibits. Ordinarily, arguments and evidence presented for the first time in a reply are waived because the opposing party has no opportunity to respond. See White v. United States, 8 F.4th 547, 552−53 (7th Cir. 2021). Without implying anything about the sufficiency of defendant's reply [35] or the accompanying exhibits, the court exercises its discretion to provide plaintiff with an opportunity to file a surresponse should it wish to do so. Plaintiff's surresponse, if any, is due in seven days, by and including February 17, 2026. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.