IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC<br><br>       Plaintiff,<br><br>   v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br><br>       Defendant. | CASE NO. 1:25-cv-06361<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Gabriel A. Fuentes |

**MOTION FOR EXTENSION OF TIME TO FILE SUR-REPLY**

Plaintiff Aramark Healthcare Support Services, LLC ("Aramark"), hereby files this Motion for an Extension of Time to File its Sur-Reply by February 23, 2026, and avers as follows:

1. On December 22, 2025, the Court entered an Order denying Defendant Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System's ("Vista") motion to set aside the default judgment (ECF No. 24) without prejudice and granting Vista leave to refile a motion addressing whether it has a meritorious defense to Aramark's claims. *See* ECF No. 28.

2. On January 20, 2026, Vista filed its motion to vacate the default judgment. Aramark filed its opposition in response on January 30, 2026. ECF Nos. 31 and 34.

3. On February 9, 2026, Vista filed its reply which contained new arguments and exhibits. ECF No. 35.

4. In light of these new arguments and exhibits, the Court granted Aramark leave to file a sur-reply by February 17, 2026. ECF No. 36.

15055018 v1

5. Aramark respectfully requests a brief seven-day extension to file its sur-reply, which would make the sur-reply due on February 23, 2026.

6. Aramark makes this request to provide itself with adequate time to coordinate with its counsel, respond to Vista's reply and address the issues Vista raised for the first time in that reply. This extension would also provide additional time for the parties to pursue an amicable resolution, considering that Vista concedes that a *minimum* of $3,827,362.33 is due.

7. Currently, there are no other deadlines that would be impacted by this extension.

**WHEREFORE**, the plaintiff, Aramark Healthcare Support Services, LLC respectfully requests a one-week extension to file a sur-reply extending the deadline up to and including February 23, 2026.

**FLASTER GREENBERG, P.C.**

By: /s/ *Eric C. Palombo*
Eric C. Palombo
Eric.Palombo@flastergreenberg.com
Flaster Greenberg, P.C.
100 Front Street, Suite 100
Conshohocken, PA 19428
Telephone: (215) 320-3728
Fax: (610) 260-4447
*Attorneys for Plaintiff,*
*Aramark Healthcare Support Services, LLC*

Date: February 16, 2026

15055018 v1