# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:25-cv-06361<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Gabriel A. Fuentes |

## NOTICE REGARDING MOTION FOR EXTENSION OF TIME

　　Plaintiff Aramark Healthcare Support Services, LLC ("Aramark"), previously filed a Motion for an Extension of Time to File its Sur-Reply (ECF No. 37). Aramark writes to inform the Court that it has conferred with Defendant Waukegan Illinois Hospital Company, LLC, and Defendant does not object to the extension. Plaintiff appreciates the Court's attention to this matter.

　　**WHEREFORE**, the plaintiff, Aramark Healthcare Support Services, LLC respectfully maintains its unopposed request for a one-week extension to file a sur-reply extending the deadline up to and including February 23, 2026.

　　　　　　　　　　　　　　　　　　　　**FLASTER GREENBERG, P.C.**

　　　　　　　　　　　　　　　By:　/s/ *Eric C. Palombo*
　　　　　　　　　　　　　　　　　　Eric C. Palombo
　　　　　　　　　　　　　　　　　　Eric.Palombo@flastergreenberg.com
　　　　　　　　　　　　　　　　　　Flaster Greenberg, P.C.
　　　　　　　　　　　　　　　　　　100 Front Street, Suite 100
　　　　　　　　　　　　　　　　　　Conshohocken, PA 19428
　　　　　　　　　　　　　　　　　　Telephone: (215) 320-3728
　　　　　　　　　　　　　　　　　　Fax: (610) 260-4447
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　*Aramark Healthcare Support Services, LLC*

Date: February 17, 2026

15056444 v1