# EXHIBIT 1

# Palombo, Eric

| | |
|---|---|
| **From:** | Guilliams, Anthony <Guilliams-Anthony@aramark.com> |
| **Sent:** | Wednesday, October 9, 2024 5:39 PM |
| **To:** | Kimberly Needham; Bianca Defilippi; Carlos Alcazar |
| **Cc:** | Daelhousen, Eric; Sosa, Michael A.; Guilliams, Anthony |
| **Subject:** | September Operational and NBV Invoices |
| **Attachments:** | EVS and Valet Final Sept FY24 invoices.pdf; FNS Final Sept FY24 Operating Statement.pdf; NBV - supporting documentation.pdf; EVS and Valet Final Sept FY24 Operating Statement.pdf; 100323022 - 000008072 EVS NBV.pdf; FNS Final Sept FY24 Invoice.pdf; 100323023- 000008073 FNS NBV.pdf |
| **Importance:** | High |

Kim, Bianca and Carlos,
I hope you are well.
Please see attached the September Operational invoices as well as the invoices that cover the remaining Net Book Value due per the contract.
Additionally, I have included supporting documentation listing what the financial commitment Net Book Value ties back to as well as operating statements for September.

Please let me know if you have any questions.

All My Best,
Toney

**Toney Guilliams** | Aramark Healthcare+ | Vice President of Operations | Central Region
11430 Idlewood Drive, Fishers, IN 46037
**M** 361.522.7181
**EMAIL G**uilliams-anthony@aramark.com | **WEB** www.aramarkhealthcareplus.com | **LINKEDIN**|

©2024 Aramark. All rights reserved. This communication, including attachments, is for the exclusive use of addressee as directed by Aramark and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
**PLEASE PRINT RESPONSIBLY**



**Remit to:**
27310 NETWORK PLACE
CHICAGO IL 60673-1273

**Bill To:**
VISTA HEALTH SYSTEM
1324 NORTH SHERIDAN ROAD
WAUKEGAN IL 60085

Invoice
**TERMS: DUE UPON PRESENTATION**
**Make Checks Payable to "ARAMARK Services, Inc"**

| Invoice Number: | Date: | 07-OCT-24 |
|---|---|---|
| KC01052786 | Page: | 1 of 1 |
| **Invoice Amount:** 4.83 | Customer Number: 27136 | |
| Profit Center: 000008084 Vista Valet a | | |

| Line No. | Description | Quantity | Amount |
|---|---|---|---|
| 1 | COST OF OPERATION | 1 | 4.83 |

**PLEASE INCLUDE COPY WITH PAYMENT.**

Special Instructions

| | |
|---|---|
| Subtotal | 4.83 |
| Delivery | 0.00 |
| Tax | 0.00 |
| Total | 4.83 |

Federal Tax Id#:

For office use only:

CHECK NUMBER:_____  CHECK DATE:_____
CHECK AMOUNT:_____  NUMBER OF INVOICES PAID:_____

**ORIGINAL**

AFOxxx 09/9



**Remit to:**
    27310 NETWORK PLACE
    CHICAGO IL 60673-1273

**Bill To:**
    VISTA HEALTH SYSTEM
    1324 NORTH SHERIDAN ROAD
    WAUKEGAN IL 60085

Invoice
**TERMS: DUE UPON PRESENTATION**
**Make Checks Payable to "ARAMARK Services, Inc"**

| Invoice Number: | Date: | 07-OCT-24 |
|---|---|---|
| KC01052872 | Page: | 1 of 1 |
| **Invoice Amount:** 123,805.64 | Customer Number: | 27136 |

Profit Center: 000008072 Vista EVS (Cl

| Line No. | Description | Quantity | Amount |
|---|---|---|---|
| 1 | COST OF OPERATION | 1 | 123,805.64 |

**PLEASE INCLUDE COPY WITH PAYMENT.**

Special Instructions

| Subtotal | 123,805.64 |
|---|---|
| Delivery | 0.00 |
| Tax | 0.00 |
| Total | 123,805.64 |

Federal Tax Id#:

For office use only:

**CHECK NUMBER:**_____  **CHECK DATE:**_____ _____
**CHECK AMOUNT:**_____  **NUMBER OF INVOICES PAID:**_____

**ORIGINAL**  AFOxxx 09/9

```
                          OPERATING    STATEMENT
                       VISTA FOOD   ( CLOSE DATE            000008073
                                9/10/24)                    30DST724J
                        1324 NORTH SHERIDAN ROAD            30LOB0000
                            WAUKEGAN, IL 60085              30WRK3004


--------------------------------------------------------------------------------
Accounting Period Ending         Current Month Cost/    Year To Date Cost/
09/27/2024                          SEP 2024   Meal     NOV23-SEP24  Meal
--------------------------------------------------------------------------------

Meals-Other
    Miscellaneous                                             95,775   001.00

         TOTAL NON-PATIENT MEALS                              95,775   001.00


            TOTAL PATIENT MEALS


                 TOTAL MEALS                                  95,775   001.00


Retail Sales - Beverages
    Miscellaneous                                          (64,425.51) 000.67
Retail Sales - Food
    Miscellaneous                                          (61,983.61) 000.64
Sales-Contract
    Miscellaneous                                          (70,345.05) 000.73
Sales-Other
    Vending                                                 (3,530.09) 000.03

                 TOTAL SALES                              (200,284.26) 002.09


Cost of Sales - Beverages
    Beverage-Bottle                      38.73                 411.85  000.00
    Beverage-Cold                     2,209.14              49,041.74  000.51
    Beverage-Hot                        218.19              14,069.34  000.14
    Beverages-Other                     117.77                 314.74  000.00
    Miscellaneous                                             (118.73) 000.00
Cost of Sales - Food
    Baked Goods-Packaged                537.42              21,908.74  000.22
    Candy/Cookies/Gum/Mint                                   6,271.15  000.06
    Dairy-Ice Cream                      43.95               1,601.69  000.01
    Dairy-Milk & Cream                2,583.58              54,779.31  000.57
    Food-Other                          (10.30)             10,146.94  000.10
    Groceries                         4,458.73             138,617.92  001.44
    Meat-Other                        2,452.94              74,492.14  000.77
    Nutritional Supplements             914.61              20,205.24  000.21
    Produce                           1,790.26              42,872.31  000.44
    Snacks                               69.28              10,356.09  000.10
Cost of Sales - Supplies / Packa
    Serviceware-Disposable              377.97              19,715.42  000.20
Cost of Sales-Freight
    Freight                              33.00               1,158.62  000.01


04-OCT-24 18:18:43                                          Page :    1 Of    5
```

```
                      OPERATING   STATEMENT
                   VISTA FOOD  ( CLOSE DATE           000008073
                           9/10/24)                   30DST724J
                   1324 NORTH SHERIDAN ROAD           30LOB0000
                      WAUKEGAN, IL 60085              30WRK3004


---------------------------------------------------------------------
Accounting Period Ending        Current Month Cost/   Year To Date Cost/
09/27/2024                        SEP 2024    Meal    NOV23-SEP24 Meal
---------------------------------------------------------------------

Cost of Sales-Retail Merchandise
    Clothing & Apparel-Other                              45.00
    Gifts                                              1,018.66  000.01
    Health & Beauty                                    1,354.80  000.01
    Miscellaneous                                        598.58  000.00
    Publications-Magazines & Peri                        105.98  000.00
    Retail Merchandise-Other                             761.58  000.00
    Sundries                                             304.44  000.00

            TOTAL COST OF SALES      15,835.27        470,033.55  004.90


Agency Labor Fees
    Contracted Labor Billed           1,028.06          1,028.06  000.01
Compensated Absence - Accrued       (22,895.41)       (22,895.41) 000.23
Other Payroll Costs                   9,047.06        199,782.48  002.08
Payroll Adjustments                   1,640.43        (27,822.19) 000.29
Payroll Taxes                         5,105.92        119,659.82  001.24
Salaries & Wages                     88,817.39      1,238,197.38  012.92
Severance Pay Expense
    Severance Pay

                   TOTAL LABOR       82,743.45      1,507,950.14  015.74


Administrative Expense                3,337.11         65,766.72  000.68
Advertising & Promotion Expense
    Advertising                                           468.00  000.00
Allocations & Chargeouts
    Shipping                                              275.00  000.00
Company Vehicle Expense
    Maintenance-Vehicle                                    31.23
Credit Card Service Fees
    Credit Card Merchant Fees                             247.78  000.00
    Miscellaneous                                       5,943.55  000.06
Depreciation                            236.74          4,051.06  000.04
Depreciation Expense-Client Leas
    Miscellaneous                                         746.19  000.00
Direct Costs-Other                        4.55          1,141.06  000.01
Dues & Subscriptions
    Chargeouts-Marketing                                  800.00  000.00
    Miscellaneous                       234.00            886.00  000.00
Employee Programs
    Meals-Expense Reporting             109.00            109.00  000.00
Equipment Expense



04-OCT-24 18:18:43                                    Page :   2 Of   5
```

```
                          OPERATING    STATEMENT
                       VISTA FOOD   ( CLOSE DATE           000008073
                                9/10/24)                   30DST724J
                       1324 NORTH SHERIDAN ROAD            30LOB0000
                          WAUKEGAN, IL 60085               30WRK3004


-----------------------------------------------------------------------------
Accounting Period Ending          Current Month Cost/    Year To Date Cost/
09/27/2024                           SEP 2024   Meal      NOV23-SEP24 Meal
-----------------------------------------------------------------------------


    Janitorial                          517.04              5,052.16 000.05
    Miscellaneous                                           1,503.02 000.01
Gain on Sale of Assets
    Miscellaneous                     1,492.27              1,492.27 000.01
General Insurance                     3,996.78             57,418.99 000.60
Maintenance & Repair Expense
    Cafeteria / Kitchen                 217.50              9,156.75 000.09
Music, Entertainment, Flowers an
    Miscellaneous                                              45.00
Office Expense
    Miscellaneous                                              45.15
Office Supplies                         375.75              5,471.59 000.05
Over/Short
    Depository                                                (96.06) 000.00
Personnel Expense
    Recognition Awards                                       (100.00) 000.00
Print Expense
    Equipment-Office                                            31.36
    Printing and Production Servi       560.38              6,232.87 000.06
Professional Services
    Consulting                           75.70                788.34 000.00
    Outsourced / Managed Services                              443.00 000.00
Protective Services
    Armored Car Service                                        971.08 000.01
Recruiting Expense
    Recruiting Costs                                         5,488.36 000.05
Replacement Cost
    China, Glass & Silver                                    1,713.07 000.01
    Smallwares                           61.23                  28.11
Storage Expense
    Records Storage/Retrieval             4.39                  48.29
Sub-Contracted Services Expense
    Contracted Cleaning                                     10,000.00 000.10
    Miscellaneous                        96.75                  96.75 000.00
    Travel Expense                       11.64                 164.44 000.00
Supplies Expense
    Cafeteria / Kitchen                 273.24              5,933.00 000.06
    Equipment-Fire & Safety                                     61.68
    Equipment-Tools & Accessories                               81.46
    Janitorial                          523.80              6,249.79 000.06
    Miscellaneous                                              765.92 000.00
    Paper Disposables                   677.54             18,037.04 000.18
Taxes-Other
    Tax-Sales Tax on Purchased Go       226.31              5,848.14 000.06


04-OCT-24 18:18:43                                         Page :    3 Of   5
```

```
                        OPERATING    STATEMENT
                         VISTA FOOD  ( CLOSE DATE         000008073
                                9/10/24)                  30DST724J
                         1324 NORTH SHERIDAN ROAD         30LOB0000
                            WAUKEGAN, IL 60085            30WRK3004


-----------------------------------------------------------------------
Accounting Period Ending      Current Month Cost/    Year To Date Cost/
09/27/2024                      SEP 2024    Meal      NOV23-SEP24 Meal
-----------------------------------------------------------------------


    Voluntary Use Tax - New Progr                            6.21
Technology Cost
    Cellular Expense                 27.10                 507.87  000.00
    Construction in Progress                                81.60
    Equipment-Computers & Periphe   130.00               5,395.00  000.05
    Software                                             3,706.73  000.03
    System Chargeouts                15.30               1,516.70  000.01
    Telephone Expense               260.00               2,925.75  000.03
Technology Costs                  1,494.48              27,617.91  000.28
Transferred Expense
    Miscellaneous                                         (924.11) 000.01
Travel & Entertainment Expense
    Ground Transportation            42.30                 349.60  000.00
    Miscellaneous                                          (89.68)
Travel Expense                      454.53               6,302.54  000.06
Uniforms and Laundry                539.88               9,143.32  000.09
Utilities Expense
    Water                                                   30.00

        TOTAL DIRECT EXPENSE     15,995.31             280,006.60  002.92


        TOTAL COST & EXPENSE    114,574.03           2,257,990.29  023.57


     TOTAL OTHER OPERATING INCOME


Management Fee~                   3,337.11              65,766.72  000.68

        TOTAL COST OF OPERATION 117,911.14           2,323,757.01  024.26


    NET OPERATING (PROFIT)/LOSS 117,911.14           2,123,472.75  022.17


Client Labor
    Miscellaneous                                       74,754.00  000.78

              TOTAL COSTS       117,911.14           2,398,511.01  025.04


        CLIENT CASH RECEIPTS



04-OCT-24 18:18:43                               Page :    4 Of    5
```

```
                         VISTA FOOD  ( CLOSE DATE            000008073
                              9/10/24)                       30DST724J
                         1324 NORTH SHERIDAN ROAD            30LOB0000
                            WAUKEGAN, IL 60085               30WRK3004


--------------------------------------------------------------------------
Accounting Period Ending       Current Month Cost/     Year To Date Cost/
09/27/2024                        SEP 2024    Meal      NOV23-SEP24 Meal
--------------------------------------------------------------------------

        NET COST OF OPERATION    117,911.14             2,198,226.75 022.95


        COST PER PATIENT DAY


        NET COST/PATIENT DAY


Labor Hours Paid
    Miscellaneous                     4,050                   52,112 000.54

Meals-Catering Cash Value
    Miscellaneous                                           6,451.60 000.06
Meals-Other Cash Value
    Miscellaneous                                           2,310.88 000.02
Meals-Patient Nourishment Cash V
    Miscellaneous                                           9,190.61 000.09
Patient Floor Stock
    Miscellaneous                                          59,165.13 000.61

            TOTAL CASH VALUE                               77,118.22 000.80


    NET CST OF OP AFTR CASH VAL    117,911.14           2,198,226.75 022.95


    NET COST/PAT DAY AFTER CASH
```

| Pc - Pc Name | Description | NBV |
|---|---|---|
| **000008072 - Vista EVS (Close Date 9/10/24)** | **Tru-D SmartUVC Disinfectant Robot** | $ 99,353.10 |
| **000008073 - Vista Food ( Close Date 9/10/24)** | 2779843 - ATLAS METAL SERVING COUNTER | $ 16,083.07 |
| | Cafeteria Reno, - Installment 4 | $ 40,680.97 |
| | Cafeteria Reno. - Installment 1 | $ 47,095.54 |
| | Cafeteria Reno. - Installment 2 | $ 62,709.09 |
| | Cafeteria Reno. - Installment 3 | $ 49,609.67 |
| | Cafeteria Reno. - Installment 4 | $ - |
| | Food Service Equip. for POD | $ 9,985.90 |
| | G2 POD - Labor | $ 3,011.30 |
| | G2 POD Store System | $ 50,204.78 |
| | Hot Well | $ - |
| | Market POD Construction - May 2021 | $ 10,217.46 |
| | Market Pod Construction Apr. 21 | $ 16,859.23 |
| | Micros POS for POD | $ 4,591.40 |
| | Mood Music for POD | $ 1,000.94 |
| | Oracle Workstations | $ 3,135.66 |
| | Ping Digital Signage | $ 3,457.81 |
| | Program/Deployment Management | $ 4,123.32 |
| | SANDWICH GRILL/TOASTER | $ 364.89 |
| | Scanner | $ 170.98 |
| | Serial Scanner | $ - |
| | **Total FNS NBV Invoice** | **$323,302.01** |
| | **Total Net Book Value of Financial Commitment Invoice** | **$422,655.11** |

```
                         OPERATING   STATEMENT
                        VISTA EVS (CLOSE DATE 9/10/24)              000008072
                            1324 NORTH SHERIDAN ROAD                30DST724J
                               WAUKEGAN, IL 60085                   30LOB0000
                                                                    30WRK3004


--------------------------------------------------------------------------------
Accounting Period Ending        Current Month Cost/     Year To Date Cost/
09/27/2024                         SEP 2024    Meal     NOV23-SEP24 Meal
--------------------------------------------------------------------------------

          TOTAL NON-PATIENT MEALS


            TOTAL PATIENT MEALS


               TOTAL MEALS


Sales - Facility Services
    Custodial - Contract                   0.09                (49,970.10)

                 TOTAL SALES               0.09                (49,970.10)


Cost of Sales-Retail Merchandise
    Miscellaneous                                                2,470.69

           TOTAL COST OF SALES                                   2,470.69


Compensated Absence - Accrued        (47,281.90)               (47,281.90)
Other Payroll Costs                   13,683.54                166,303.25
Payroll Adjustments                    8,397.35                 82,531.02
Payroll Taxes                          6,412.10                104,251.47
Salaries & Wages                     121,206.21              1,237,676.10
Severance Pay Expense
    Severance Pay

                 TOTAL LABOR         102,417.30              1,543,479.94


Administrative Expense                 3,503.93                 52,784.69
Allocations & Chargeouts
    Equipment-Computers & Periphe                                   70.00
    Shipping                                                        25.00
Chemicals Expense
    Chemicals                            244.00                  1,094.58
    Supplies - Floor Finish                                        150.48
Depreciation                                                     1,536.20
Direct Costs-Other                         4.55                     49.71
Disposables Expense
    Supplies - Hand Soap                 265.65                    929.78
    Supplies - Paper Towels              211.06                  1,104.72
    Supplies - Toilet Tissue             326.78                    725.59
    Supplies-Plastic                     384.60                  1,290.68


04-OCT-24 18:18:43                                         Page :   1 Of   4
```

```
                           OPERATING    STATEMENT
                      VISTA EVS (CLOSE DATE 9/10/24)         000008072
                          1324 NORTH SHERIDAN ROAD            30DST724J
                             WAUKEGAN, IL 60085               30LOB0000
                                                              30WRK3004


-----------------------------------------------------------------------
Accounting Period Ending     Current Month Cost/    Year To Date Cost/
09/27/2024                       SEP 2024   Meal    NOV23-SEP24 Meal
-----------------------------------------------------------------------


Employee Programs
    Meals-Expense Reporting         339.55                 399.36
Equipment Expense
    Janitorial                                             362.67
Gain on Sale of Assets
    Miscellaneous                   455.75                 455.75
General Insurance                 5,454.28              56,729.72
Office Expense
    Miscellaneous                                           61.95
    Office Supplies                 (29.76)                110.66
Personnel Expense
    Recognition Awards                                     100.00
Print Expense
    Printing and Production Servi     8.12                  51.89
Professional Services
    Consulting                                             265.39
Recruiting Expense
    Recruiting Costs                                     5,541.40
Replacement Cost
    Smallwares                                              30.54
Sub-Contracted Services Expense
    Contracted Cleaning                                    426.33
    Travel Expense                    3.88                  21.28
Supplies Expense
    Equipment-Fire & Safety                                 55.58
    Equipment-Tools & Accessories                          235.08
    Floor Cleaning                                       2,086.33
    Janitorial                    1,852.07              30,968.97
    Miscellaneous                                       (4,415.28)
    Paper Disposables             2,612.16              71,015.48
    Supplies-Non Consumable                              1,396.07
    Supplies-Other                   58.79                  92.24
Taxes-Other
    Tax-Sales Tax on Purchased Go   435.26              11,092.81
Technology Cost
    Cellular Expense                 58.44                 638.81
    Equipment-Computers & Periphe   130.00               1,495.00
    Software                         28.75               1,099.75
    System Chargeouts                20.30                 996.90
Technology Costs                  1,553.39              24,277.86
Travel & Entertainment Expense
    Parking                                                  5.00
Travel Expense                                             167.38
Uniforms and Laundry                (37.23)                797.30



04-OCT-24 18:18:43                                    Page :   2 Of   4
```

```
                         VISTA EVS (CLOSE DATE 9/10/24)          000008072
                              1324 NORTH SHERIDAN ROAD           30DST724J
                                 WAUKEGAN, IL 60085              30LOB0000
                                                                 30WRK3004


------------------------------------------------------------------------------
Accounting Period Ending      Current Month Cost/       Year To Date Cost/
09/27/2024                       SEP 2024     Meal      NOV23-SEP24   Meal
------------------------------------------------------------------------------

         TOTAL DIRECT EXPENSE         17,884.32                266,323.65

         TOTAL COST & EXPENSE        120,301.62              1,812,274.28

    TOTAL OTHER OPERATING INCOME

Management Fee~                        3,503.93                 52,784.69

         TOTAL COST OF OPERATION     123,805.55              1,865,058.97

     NET OPERATING (PROFIT)/LOSS     123,805.64              1,815,088.87

                    TOTAL COSTS      123,805.55              1,865,058.97

         CLIENT CASH RECEIPTS

         NET COST OF OPERATION       123,805.64              1,815,088.87

         COST PER PATIENT DAY

         NET COST/PATIENT DAY

Labor Hours Paid
    Miscellaneous                        6,630                     69,903

              TOTAL CASH VALUE

    NET CST OF OP AFTR CASH VAL      123,805.64              1,815,088.87

    NET COST/PAT DAY AFTER CASH




04-OCT-24 18:18:43                                      Page :    3 Of   4
```

```
                    VISTA EVS (CLOSE DATE 9/10/24)        000008072
                       1324 NORTH SHERIDAN ROAD           30DST724J
                         WAUKEGAN, IL 60085               30LOB0000
                                                          30WRK3004


--------------------------------------------------------------------------------
Accounting Period Ending          Current Month Cost/     Year To Date Cost/
09/27/2024                             SEP 2024   Meal    NOV23-SEP24  Meal
--------------------------------------------------------------------------------
```

```
                       VISTA VALET AND GUEST SERVICES            000008084
                            (CLOSE DATE 9/10/24)                 30DST724J
                          1324 NORTH SHERIDAN ROAD               30LOB0000
                             WAUKEGAN, IL 60085                  30WRK3004


--------------------------------------------------------------------------------
Accounting Period Ending          Current Month Cost/     Year To Date Cost/
09/27/2024                          SEP 2024    Meal      NOV23-SEP24  Meal
--------------------------------------------------------------------------------

        TOTAL NON-PATIENT MEALS


          TOTAL PATIENT MEALS


             TOTAL MEALS


Sales - Facility Services
    Custodial - Contract                                          (1,026.35)
Sales-Contract
    Miscellaneous                                                 (2,052.70)

            TOTAL SALES                                           (3,079.05)


         TOTAL COST OF SALES


Other Payroll Costs                                                  (45.35)
Payroll Adjustments                                               (2,936.60)
Payroll Taxes                                                      6,668.79
Salaries & Wages                                                  74,335.19

            TOTAL LABOR                                           78,022.03


Administrative Expense                     0.14                    2,491.80
Direct Costs-Other                         4.55                       50.05
General Insurance                                                  3,394.47
Office Expense
    Miscellaneous                                                      4.20
Office Supplies                                                      409.93
Print Expense
    Printing and Production Servi                                      4.45
Taxes-Other
    Tax-Sales/Use                                                      3.79
Technology Cost
    System Chargeouts                                                 22.00
Technology Costs                                                   1,177.30
Uniforms and Laundry                                                 (28.78)

        TOTAL DIRECT EXPENSE               4.69                    7,529.21



04-OCT-24 18:18:43                                       Page :    1 Of   3
```

```
                         OPERATING    STATEMENT
                    VISTA VALET AND GUEST SERVICES              000008084
                         (CLOSE DATE 9/10/24)                   30DST724J
                       1324 NORTH SHERIDAN ROAD                 30LOB0000
                          WAUKEGAN, IL 60085                    30WRK3004


--------------------------------------------------------------------------
Accounting Period Ending      Current Month Cost/     Year To Date Cost/
09/27/2024                      SEP 2024    Meal      NOV23-SEP24 Meal
--------------------------------------------------------------------------

           TOTAL COST & EXPENSE         4.69                85,551.24


   TOTAL OTHER OPERATING INCOME


Management Fee~                         0.14                 2,491.80

           TOTAL COST OF OPERATION      4.83                88,043.04


       NET OPERATING (PROFIT)/LOSS      4.83                84,963.99


                  TOTAL COSTS           4.83                88,043.04


         CLIENT CASH RECEIPTS


        NET COST OF OPERATION           4.83                84,963.99


         COST PER PATIENT DAY


         NET COST/PATIENT DAY


Labor Hours Paid
    Miscellaneous                                            4,195

              TOTAL CASH VALUE


   NET CST OF OP AFTR CASH VAL          4.83                84,963.99


   NET COST/PAT DAY AFTER CASH




04-OCT-24 18:18:43                                       Page :   2 Of   3
```

```
                         OPERATING    STATEMENT
                    VISTA VALET AND GUEST SERVICES              000008084
                         (CLOSE DATE 9/10/24)                   30DST724J
                       1324 NORTH SHERIDAN ROAD                 30LOB0000
                           WAUKEGAN, IL 60085                   30WRK3004


--------------------------------------------------------------------------------
Accounting Period Ending         Current Month Cost/     Year To Date Cost/
09/27/2024                            SEP 2024    Meal    NOV23-SEP24 Meal
--------------------------------------------------------------------------------
```



2400 Market Street
Philadelphia, PA 19103-3041
GBSPayments@aramark.com

**Bill To:**
Attn: Accounts Payable
VISTA HEALTH SYSTEM
1324 NORTH SHERIDAN ROAD
WAUKEGAN, IL 60085

| Invoice Number | 100323022 |
|---|---|
| Invoice Date | 25-SEP-2024 |
| Transaction Type | Invoice |
| Amount Due | **$99,353.10** |

Make checks payable to Aramark Services, Inc.

**Remit To:**

ARAMARK
ARAMARK CHICAGO LOCKBOX
27310 NETWORK PLACE
CHICAGO, IL 60673-1273

**Ship To:**

000008072-4 NORTH SHERIDAN RD
VISTA HEALTH SYSTEM
1324 NORTH SHERIDAN ROAD
WAUKEGAN, IL 60085

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 25-OCT-2024 | | 27136 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Sale of Asset 2743933 | 1 | 99,353.10 | 99,353.10 |

Comments:
RITM2495764

| | |
|---|---:|
| Currency | USD |
| **Invoices Total** | **$99,353.10** |
| **Shipping / Handling** | **$0.00** |
| **Tax** | **$0.00** |
| **Total** | **$99,353.10** |

Federal ID:

Page 1 of 1



**Remit to:**
    27310 NETWORK PLACE
    CHICAGO IL 60673-1273

**Bill To:**
    VISTA HEALTH SYSTEM
    1324 NORTH SHERIDAN ROAD
    WAUKEGAN IL 60085

Invoice
**TERMS: DUE UPON PRESENTATION**
**Make Checks Payable to "ARAMARK Services, Inc"**

| Invoice Number: | Date: | 07-OCT-24 |
|---|---|---|
| KC01052475 | Page: | 1 of 1 |

| Invoice Amount: | Customer Number: |
|---|---|
| 117,911.14 | 27136 |

Profit Center: 000008073 Vista Food (

| Line No. | Description | Quantity | Amount |
|---|---|---|---|
| 1 | COST OF OPERATION | 1 | 117,911.14 |

**PLEASE INCLUDE COPY WITH PAYMENT.**

Special Instructions

| | |
|---|---|
| Subtotal | 117,911.14 |
| Delivery | 0.00 |
| Tax | 0.00 |
| Total | 117,911.14 |

Federal Tax Id#:

For office use only:

**CHECK NUMBER:**_____    **CHECK DATE:**_____ _____
**CHECK AMOUNT:**_____    **NUMBER OF INVOICES PAID:**_____

**ORIGINAL**              AFOxxx 09/9



2400 Market Street
Philadelphia, PA 19103-3041
GBSPayments@aramark.com

**Bill To:**
Attn: Accounts Payable
VISTA HEALTH SYSTEM
1324 NORTH SHERIDAN ROAD
WAUKEGAN, IL 60085

| Invoice Number | 100323023 |
|---|---|
| Invoice Date | 25-SEP-2024 |
| Transaction Type | Invoice |
| **Amount Due** | **$323,302.01** |

Make checks payable to Aramark Services, Inc.

**Remit To:**

ARAMARK
ARAMARK CHICAGO LOCKBOX
27310 NETWORK PLACE
CHICAGO, IL 60673-1273

**Ship To:**

000008073-1324 NORTH SHERIDAN RD
VISTA HEALTH SYSTEM
1324 NORTH SHERIDAN ROAD
WAUKEGAN, IL 60085

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 30 | 25-OCT-2024 | | 27136 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Sale of all INTANG assets | 1 | 323,302.01 | 323,302.01 |

Comments:
RITM2495765

| | |
|---|---|
| Currency | USD |
| Invoices Total | $323,302.01 |
| Shipping / Handling | $0.00 |
| Tax | $0.00 |
| **Total** | **$323,302.01** |

Federal ID:

Page 1 of 1