# EXHIBIT 2

## Contact

www.linkedin.com/in/kim-needham-9286a927b (LinkedIn)

## Top Skills

Project Management
Operations Management
Revenue Reconciliation

# Kim Needham

Chief Operating Officer at Vista Health System
Waukegan, Illinois, United States

## Summary

Currently, I am the Chief Operating Officer of Vista Health System. I have extensive experience as a senior-level healthcare executive, and vice president for a specialty hospital. Expert leader of cross-departmental activities with adaptive communication of organizational objectives. Skilled in implementing practical business strategies with a commitment to staying informed about trends and best practices. Most importantly, devoted to the communities that the hospital serves.

---

## Experience

**Vista Health System**
Chief Operating Officer
February 2009 - Present (17 years 1 month)
Waukegan, Illinois, United States

Vista Medical Center is licensed for 228 beds and operates a Level II Trauma Center, 3 ambulatory care facilities, and over 1200 employees including a secondary site that operates a Surgery Center, Freestanding Emergency Room, and all ancillary service lines. JACHO Center of Excellence for Sleep Medicine Adult and Pediatric, Bariatric Surgery, and Stroke.
As the Chief Operating Officer, responsible for the day-to-day operations of all ancillary departments and care sites. Including direct reporting for EOC, BioMed/Engineering, and contracted departments including security, food service, and housekeeping. Serves as the facilities secondary Privacy and Compliance officer. For the past three years, served in multiple frontline Interim Leadership roles as the Human Resource Director, the Radiology Director, the Industrial Medicine Director, and the Facilities Director while searching for new leadership candidates.

**VISTA MEDICAL CENTER WEST**
Vice President
January 2005 - January 2009 (4 years 1 month)
Waukegan, Illinois, United States

Page 1 of 2

Free standing facility licensed for 110 beds. Responsibilities were to lead operations for a basic emergency room with 15 beds, a Behavioral Health unit with 42 beds for adults and children, a CARF accredited Rehab unit with 25 beds, Industrial Medicine/Employee Health, radiology and laboratory services. As the Vice President, responsible for leading operations of a basic emergency room with 15 beds, a
Behavioral Health unit with 42 beds for adults and children, a CARF accredited Rehab unit with 25 beds, Industrial Medicine/Employee Health, radiology, and laboratory services.

## Vista Health System
Director
February 1999 - February 2005 (6 years 1 month)
Waukegan, Illinois, United States

Director of Respiratory Care/EEG/Sleep Lab.

## EVANSTON NORTHWESTERN HOSPITAL
Respiratory Care Practitioner
January 1994 - November 1999 (5 years 11 months)
Evanston, Illinois, United States

## EVANSTON HOSPTIAL
Respiratory Care Supervisor
February 1998 - February 1999 (1 year 1 month)
Evanston, Illinois, United States

---

# Education

## Webster University
Master of Arts - MA, Health/Health Care Administration/Management

## National Louis University
Bachelor of Arts - BA, Respiratory Care Therapy/Therapist