# EXHIBIT 4

| Name | Invoice No. | Invoice Date | Due Date | Invoice Amount | Balance Due | Aging Days As of 8/13/25 | Interest |
|---|---|---|---|---|---|---|---|
| VISTA | 100323022 | 9/25/2024 | 10/25/2024 | $99,353.10 | $99,353.10 | 292 | $14,306.85 |
| VISTA | C01027697 | 9/30/2023 | 10/30/2023 | $133,170.88 | $133,170.88 | 653 | $42,884.67 |
| VISTA | C01027697 | 9/30/2023 | 10/30/2023 | $258,178.87 | $258,178.87 | 653 | $83,140.67 |
| VISTA | C01034201 | 1/8/2024 | 2/7/2024 | $218,117.42 | $218,117.42 | 553 | $59,483.31 |
| VISTA | C01036334 | 2/5/2024 | 3/6/2024 | $174,983.43 | $174,983.43 | 525 | $45,303.93 |
| VISTA | C01038366 | 3/4/2024 | 4/3/2024 | $164,929.71 | $164,929.71 | 497 | $40,423.59 |
| VISTA | C01040518 | 4/8/2024 | 5/8/2024 | $211,313.73 | $211,313.73 | 462 | $48,144.79 |
| VISTA | C01042540 | 5/6/2024 | 6/5/2024 | $159,479.03 | $159,479.03 | 434 | $34,132.88 |
| VISTA | C01044664 | 6/3/2024 | 7/3/2024 | $155,314.63 | $155,314.63 | 406 | $31,096.97 |
| VISTA | C01046798 | 7/8/2024 | 8/7/2024 | $185,090.11 | $185,090.11 | 371 | $33,863.88 |
| VISTA | C01048878 | 8/5/2024 | 9/4/2024 | $148,182.41 | $148,182.41 | 343 | $25,065.16 |
| VISTA | C01050891 | 9/2/2024 | 10/2/2024 | $142,130.66 | $142,130.66 | 315 | $22,078.93 |
| VISTA | KC01052872 | 10/7/2024 | 11/6/2024 | $123,805.64 | $123,805.64 | 280 | $17,095.35 |
| VISTA | 000008073-000097 | 8/23/2023 | 9/22/2023 | $118,926.99 | $118,926.99 | 691 | $40,526.41 |
| VISTA | 000008073-000099 | 10/25/2023 | 11/24/2023 | $289,961.50 | $289,961.50 | 628 | $89,800.68 |
| VISTA | 100323023 | 9/25/2024 | 10/25/2024 | $323,302.01 | $323,302.01 | 292 | $46,555.49 |
| VISTA | C01033809 | 1/8/2024 | 2/7/2024 | $295,544.70 | $295,544.70 | 553 | $80,598.68 |
| VISTA | C01035792 | 2/5/2024 | 3/6/2024 | $225,305.13 | $225,305.13 | 525 | $58,332.42 |
| VISTA | C01037947 | 3/4/2024 | 4/3/2024 | $223,413.57 | $223,413.57 | 497 | $54,757.75 |
| VISTA | C01040073 | 4/8/2024 | 5/8/2024 | $230,884.48 | $230,884.48 | 462 | $52,603.71 |
| VISTA | C01042110 | 5/6/2024 | 6/5/2024 | $205,533.92 | $205,533.92 | 434 | $43,989.89 |
| VISTA | C01044144 | 6/3/2024 | 7/3/2024 | $154,526.02 | $154,526.02 | 406 | $30,939.07 |
| VISTA | C01046326 | 7/8/2024 | 8/7/2024 | $209,016.59 | $209,016.59 | 371 | $38,241.45 |
| VISTA | C01048468 | 8/5/2024 | 9/4/2024 | $161,457.70 | $161,457.70 | 343 | $27,310.68 |
| VISTA | C01050402 | 9/2/2024 | 10/2/2024 | $140,933.30 | $140,933.30 | 315 | $21,892.93 |
| VISTA | KC01052475 | 10/7/2024 | 11/6/2024 | $117,911.14 | $117,911.14 | 280 | $16,281.43 |
| VISTA | C01027698 | 9/30/2023 | 10/30/2023 | $15,908.43 | $15,908.43 | 653 | $5,122.95 |
| VISTA | C01034162 | 1/8/2024 | 2/7/2024 | $14,990.46 | $14,990.46 | 553 | $4,088.08 |
| VISTA | C01036037 | 2/5/2024 | 3/6/2024 | $10,914.31 | $10,914.31 | 525 | $2,825.76 |
| VISTA | C01038206 | 3/4/2024 | 4/3/2024 | $10,259.09 | $10,259.09 | 497 | $2,514.46 |
| VISTA | C01040368 | 4/8/2024 | 5/8/2024 | $12,309.68 | $12,309.68 | 462 | $2,804.58 |
| VISTA | C01042399 | 5/6/2024 | 6/5/2024 | $10,133.33 | $10,133.33 | 434 | $2,168.81 |
| VISTA | C01044412 | 6/3/2024 | 7/3/2024 | $8,572.07 | $8,572.07 | 406 | $1,716.29 |
| VISTA | C01046641 | 7/8/2024 | 8/7/2024 | $8,352.60 | $8,352.60 | 371 | $1,528.18 |
| VISTA | C01048726 | 8/5/2024 | 9/4/2024 | $122.80 | $122.80 | 343 | $20.77 |
| | | | **Total:** | **$4,962,329.44** | **$4,962,329.44** | | **$1,121,641.46** |
| | | | **Vista Advance Deposit As of February 11, 2025** | **($215,025.00)** | | | |
| | | | **Total Balance Due:** | **$4,747,304.44** | | | |
| | | | **Total Balance Due with Interest:** | **$5,868,945.90** | | | |