## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Aramark Healthcare Support Services, LLC

                                 Plaintiff,

v.                                          Case No.: 1:25−cv−06361
                                               Honorable Joan B. Gottschall

Waukegan Illinois Hospital Company, LLC

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 10, 2026:

      MINUTE entry before the Honorable Joan B. Gottschall: Enter Order granting defendant's Motion to Set Aside Default Judgment [Dkt. No. 31]. Waukegan Hospital's response is due on or before April 24, 2026, and a joint initial status report is due by and including May 11, 2026. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.