## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

ARAMARK HEALTHCARE SUPPORT
SERVICES, LLC,

                      Plaintiff,

        v.

WAUKEGAN ILLINOIS HOSPITAL
COMPANY, LLC D/B/A VISTA HEALTH
SYSTEM,

                      Defendant.

CASE NO. 25-CV-06361

Judge Joan B. Gottschall

## JOINT INITIAL STATUS REPORT

Plaintiff, Aramark Healthcare Support Services, LLC ("Aramark"), and Defendant, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Vista"), by and through their respective attorneys, file this Joint Initial Status Report pursuant to the Court's April 10th Order (ECF No. 41).

**1. The attorney(s) of record for each party (including the lead attorney).**

**For Plaintiff**

Eric C. Palombo (lead trial counsel)
Flaster Greenberg, P.C.

**For Defendant**

Zubair A Khan
Sinan Alkin
Trivedi & Khan P.C.

15560171 v2

**2. State the basis for this court's subject matter jurisdiction.**

This case is proceeding based on diversity jurisdiction, 28 U.S.C. §1332, as there is complete diversity between the parties and the amount at issue exceeds $75,000.00. Aramark is a limited liability company organized under the laws of Delaware with its principal place of business in Philadelphia, Pennsylvania. The sole member of Aramark is Aramark Services, Inc., a Delaware corporation with a principal place of business in Philadelphia, Pennsylvania.

Vista is a limited liability company organized under the laws of Illinois with its principal place of business in Waukegan, Illinois. The sole member of Vista is Waukegan Hospital Corporation, an Illinois corporation with its principal place of business in Waukegan, Illinois.

**3. Identify —**

**(a) Any party who has not been served in accordance with Rule 4 and indicate when service is expected to be completed;**

**(b) Any party who has not filed a notice of affiliates required by Local Rule 3.2; and**

**(c) Any party who has not filed a jurisdictional disclosure statement required by Rule 7.1(a).**

All parties to this action have been served in accordance with Rule 4. Vista has not yet filed the disclosures required by Local Rule 3.2 or Rule 7.1(a).

**4. Describe the nature and scope of the case in no more than one paragraph.**

This is a breach of contract matter based on various service agreements between the parties. Aramark contends that it rendered services to Vista, which Vista has failed to pay, totaling approximately $4.8 million. Vista concedes that it owes a balance to Aramark but denies the accuracy of the balance alleged by Aramark.

15560171 v2

**4. Settlement opportunities.**

The parties are in active settlement discussions. Given that Vista concedes many of the facts alleged by Aramark, Aramark believes an early settlement conference would be beneficial and facilitate a resolution. Vista is in the process of evaluating Aramark's proposal of an early settlement conference.

**5. Propose a discovery schedule complying with Rule 16(b)(3) and a deadline for filing the next status report (45-60 days).**

(a) Deadline for initial disclosures:     May 29, 2026

(b) Deadline to join parties:     June 5, 2026

(b) Deadline to amend pleadings:     June 5, 2026

(c) Deadline to complete fact discovery:     September 30, 2026

(d) Deadline to complete expert discovery:     September 30, 2026

(e) Deadline to file dispositive and other motions:     October 30, 2026

(f) Deadline to file the next status report:     June 19, 2026.

| **FLASTER GREENBERG, P.C.** | **TRIVEDI & KHAN P.C.** |
|---|---|
| By:   */s/ Eric C. Palombo* | By:   */s/ Sinan Alkin* |
| Eric C. Palombo | Zubair A. Khan (6275265) |
| Eric.Palombo@flastergreenberg.com | Sinan Alkin |
| Flaster Greenberg, P.C. | 300 N. Martingale Road, Suite 725 |
| 100 Front Street, Suite 100 | Schaumburg, IL 60173 |
| Conshohocken, PA 19428 | Telephone: (312) 612-7619 |
| Telephone: (215) 320-3728 | Email: service@trivedikhan.com |
| Fax: (610) 260-4447 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff,* | *Waukegan Illinois Hospital Company,* |
| *Aramark healthcare support services, LLC* | *LLC d/b/a Vista Health System* |

Date: May 11, 2026

15560171 v2