MR



**WELLS FARGO**

May 03, 2026

Us District Court Northern District Of Illinois
Us District Court Northern District Of Illinois
219 S Dearborn Street
Chicago, IL 60604

**Legal Order Processing**
S4001-01E
P.O. Box 29779
Phoenix, AZ 85038



**FILED** *GMC*

MAY 1 4 2026

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

Subject: Information needed to resolve legal case

    Judgment debtor: WAUKEGAN ILLINOIS HOSPITAL COMPANY LLC
    Date issued: October 31, 2025
    Legal order amount: $5,955,679.65
    Wells Fargo case number : 88479825
    Your reference number: 125CV06361

Dear Us District Court Northern District Of Illinois

Wells Fargo received a legal order issued on ___October 31, 2025___ in the amount of ___$5,955,679.65___ ,which was submitted against judgment debtor _WAUKEGAN ILLINOIS HOSPITAL.COMPANY,LLC_ we have not received any instruction to disposition the case. To help us reach resolution, please complete steps 1 and 2 below.

**What you need to do**
1. Check one option below that best describes the status of this case, and provide information in the Comments field that explains your selection.

    ☐   Legal Order is pending

    ☐   Legal Order is closed and was satisfied on _____

Comments:

    _____

    _____

2. Send us the completed copy of this letter and supporting documentation in one of the following ways:
    - **Fax** to 1-866-670-1561
    - **Mail** to:
        P.O. Box 29779
        S4001-01E
        Phoenix, AZ 85038

If you have questions, please call us at 480-724-2000, Monday - Friday, 8:00 a.m. to 8:00 p.m. Eastern Time.

Thank you.

Sincerely,

Site Manager
Legal Order Processing

 **WELLS FARGO**

Writs and Levies Department
S4001-01E
PO Box 29779
Phoenix, AZ 85038

003194 XNLLG123

Us District Court Northern District Of Illinois
Us District Court Northern District Of Illinois
219 S Dearborn Street
Chicago, IL 60604





FIRST-CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
ZIP CODE 28269
PERMIT 3451

RECEIVED

MAY 14 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

O16   DCB1AP1 60604