# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br><br>Defendant. | CASE NO. 1:25-cv-06361<br><br>Judge Joan B. Gottschall |

## JOINT STATUS REPORT

Plaintiff, Aramark Healthcare Support Services, LLC ("Aramark"), and Defendant, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Vista"), by and through their respective attorneys, file this Joint Status Report pursuant to the Court's May 12, 2026, Order (ECF No. 45) and consistent with the procedural rules for cases assigned to the Honorable Joan B. Gottschall.

**1. Progress of Discovery.**

On May 20, 2026, Aramark served its first set of affirmative discovery requests on Vista including requests for production, requests for admission and interrogatories. Vista's deadline to respond was June 19, 2026, but it requested a one-week extension to provide discovery responses, and Aramark consented to that request. Accordingly, Vista's written discovery responses are due on Friday, June 26, 2026. The parties have also exchange initial disclosures.

15637563.2

To date, no other discovery has been conducted or issued. Aramark intends to proceed with depositions once it receives Vista's discovery responses including a corporate deposition pursuant to Federal Civil Rule 30(b)(6) of the Federal Rules of Civil Procedure.

### 2. Settlement Efforts.

There have been no meaningful settlement discussions since the parties' last status report. Aramark maintains its position that the matter would benefit from referral to the assigned Magistrate Judge for a settlement conference and/or mediation and respectfully requests the Court enter an appropriate order.

### 3. Agreed Schedule and Deadline for Next Status Report (45-60 days).

The parties do not propose any change to the current deadlines contained in the governing scheduling order. ECF No. 46. The parties suggest that the Court set a deadline of August 3, 2026 as the deadline for the filing of the next joint status report.

**FLASTER GREENBERG, P.C.**

By: */s/ Eric C. Palombo*
    Eric C. Palombo
    Flaster Greenberg, P.C.
    100 Front Street, Suite 100
    Conshohocken, PA 19428
    Telephone: (215) 320-3728
    Eric.Palombo@flastergreenberg.com
    *Attorneys for Plaintiff, Aramark*
    *Healthcare Support Services, LLC*

Date: June 22, 2026

**TRIVEDI & KHAN P.C.**

By: */s/ Sinan Alkin*
    Zubair A. Khan (6275265)
    Sinan Alkin
    300 N. Martingale Road, Suite 725
    Schaumburg, IL 60173
    Telephone: (312) 612-7619
    service@trivedikhan.com
    *Attorneys for Defendant*
    *Waukegan Illinois Hospital Company,*
    *LLC d/b/a Vista Health System*

15637563.2