## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Aramark Healthcare Support Services, LLC

|  | Plaintiff, |
|---|---|

v.                                                    Case No.: 1:25−cv−06361
                                                       Honorable Joan B. Gottschall

Waukegan Illinois Hospital Company, LLC

|  | Defendant. |
|---|---|

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 6, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Initial status hearing set for 7/21/26 is stricken and reset to 9:00 a.m. on 7/16/26 in Courtroom 2266 of the Dirksen U.S. Courthouse. Plaintiff's counsel has leave to dial in for the initial status hearing. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.