# EXHIBIT B

**Palombo, Eric**

**From:** Palombo, Eric
**Sent:** Tuesday, July 28, 2026 4:29 PM
**To:** 'Zubair Khan'
**Cc:** Epstein, Daniel; Patel, Janki S.; 'Sinan Alkin'
**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

Zubair,

It was nice speaking with you today. As discussed, Aramark will provide Vista until August 4 to provide responses to Aramark's First Set of Interrogatories and Requests for Production. Aramark will seek court intervention if Vista fails to provide full and complete responses by that deadline. With respect to the Aramark's First Set of Requests for Admission, Vista will need to file a motion to set those admissions aside.

If any of the foregoing does not accurately reflect our discussion, please let me know.

Best,
Eric

**Eric C. Palombo**
Practice Lead, Transportation, Logistics, & Supply Chain • Flaster Greenberg PC
p: 215.320.3728 • f: 610.260.4447 • e: eric.palombo@flastergreenberg.com

---

**From:** Palombo, Eric
**Sent:** Monday, July 27, 2026 12:53 PM
**To:** 'Zubair Khan' <zubair@trivedikhan.com>
**Cc:** Epstein, Daniel <Daniel.Epstein@flastergreenberg.com>; Patel, Janki S. <Janki.Patel@flastergreenberg.com>; Sinan Alkin <sinan@trivedikhan.com>
**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

I am available and will send a calendar invite.

Thank you,
Eric

**Eric C. Palombo**
Practice Lead, Transportation, Logistics, & Supply Chain • Flaster Greenberg PC
p: 215.320.3728 • f: 610.260.4447 • e: eric.palombo@flastergreenberg.com

---

**From:** Zubair Khan <zubair@trivedikhan.com>
**Sent:** Monday, July 27, 2026 12:51 PM

**To:** Palombo, Eric <eric.palombo@flastergreenberg.com>
**Cc:** Epstein, Daniel <Daniel.Epstein@flastergreenberg.com>; Patel, Janki S. <Janki.patel@flastergreenberg.com>; Sinan Alkin <sinan@trivedikhan.com>
**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

ⓘ External email ❯

How about tomorrow at 3 PM?

Zubair A. Khan
Partner | Trivedi & Khan, P.C.
main: 312.812.7816 | direct: 312.812.5712 | fax: 312.575.8053
email: zubair@trivedikhan.com | Website: www.trivedikhan.com

Chicago, IL
220 N. Green Street, 3rd Floor, Chicago, IL 60607
Schaumburg, IL
300 N. Martingale Road, Suite 725, Schaumburg, IL 60173

---

**From:** Palombo, Eric <eric.palombo@flastergreenberg.com>
**Sent:** Monday, July 27, 2026 10:20 AM
**To:** Zubair Khan <zubair@trivedikhan.com>
**Cc:** Epstein, Daniel <Daniel.Epstein@flastergreenberg.com>; Patel, Janki S. <Janki.patel@flastergreenberg.com>; Sinan Alkin <sinan@trivedikhan.com>
**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

Zubair,

We waited for 15 minutes, but no one appeared on behalf of Vista during this morning's meet and confer. I am available the rest of today except for 1:30-2:00 (CT). Unless we hear back from you with proposed times for the meet and confer, we will assume that Vista does not intend to meet and confer regarding its outstanding discovery responses and will proceed accordingly.

Thank you,
Eric

**Eric C. Palombo**
Practice Lead, Transportation, Logistics, & Supply Chain • Flaster Greenberg PC
p: 215.320.3728 • f: 610.260.4447 • e: eric.palombo@flastergreenberg.com

**From:** Palombo, Eric
**Sent:** Monday, July 27, 2026 11:09 AM
**To:** 'Zubair Khan' <zubair@trivedikhan.com>
**Cc:** Epstein, Daniel <Daniel.Epstein@flastergreenberg.com>; Patel, Janki S. <Janki.Patel@flastergreenberg.com>; 'Sinan Alkin' <sinan@trivedikhan.com>
**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

Good morning, Zubair,

Please confirm that you are going to join the meet and confer as we are in the conference waiting for you. If not, what is your availability to participate?

Thank you,
Eric

**Eric C. Palombo**
Practice Lead, Transportation, Logistics, & Supply Chain • Flaster Greenberg PC
p: 215.320.3728 • f: 610.260.4447 • e: eric.palombo@flastergreenberg.com

---

**From:** Palombo, Eric
**Sent:** Friday, July 24, 2026 4:51 PM
**To:** 'Zubair Khan' <zubair@trivedikhan.com>
**Cc:** Epstein, Daniel <Daniel.Epstein@flastergreenberg.com>; Patel, Janki S. <Janki.Patel@flastergreenberg.com>; 'Sinan Alkin' <sinan@trivedikhan.com>
**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

Zubair,

I did not receive a response to the prior email, so I just sent a Teams invite for Monday at 11:00ET/10:00 CT. If you would like to propose an alternative time, please let me know. Otherwise, I will speak with you on Monday at the calendared time. Thank you and have a nice weekend.

Best,
Eric

**Eric C. Palombo**
Practice Lead, Transportation, Logistics, & Supply Chain • Flaster Greenberg PC
p: 215.320.3728 • f: 610.260.4447 • e: eric.palombo@flastergreenberg.com

---

**From:** Palombo, Eric
**Sent:** Friday, July 24, 2026 1:44 PM
**To:** Zubair Khan <zubair@trivedikhan.com>
**Cc:** Epstein, Daniel <Daniel.Epstein@flastergreenberg.com>; Patel, Janki S. <Janki.Patel@flastergreenberg.com>; Sinan Alkin <sinan@trivedikhan.com>

**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

Thank you, Zubair, and I think you are right. How about 11:00 ET/10:00 CT? I can send a calendar invite.

**Eric C. Palombo**
Practice Lead, Transportation, Logistics, & Supply Chain • Flaster Greenberg PC
p: 215.320.3728 • f: 610.260.4447 • e: eric.palombo@flastergreenberg.com

---

**From:** Zubair Khan <zubair@trivedikhan.com>
**Sent:** Friday, July 24, 2026 1:15 PM
**To:** Palombo, Eric <eric.palombo@flastergreenberg.com>; Sinan Alkin <sinan@trivedikhan.com>
**Cc:** Epstein, Daniel <Daniel.Epstein@flastergreenberg.com>; Patel, Janki S. <Janki.patel@flastergreenberg.com>
**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

That strange. Maybe you received it from Sinan. He is not in the office today.

Can we set this for Monday?

Trivedi & Khan
ATTORNEYS AT LAW

RATED BY Super Lawyers 2026 visit SuperLawyers.com

**Zubair A. Khan**
Partner | Trivedi & Khan, P.C.
main: 312.[illegible] | direct: 312.[illegible] | fax: 312.[illegible]
email: zubair@trivedikhan.com | Website: www.trivedikhan.com

*Chicago, IL*
220 N. Green Street, 3rd Floor, Chicago, IL 60607
*Schaumburg, IL*
300 N. Martingale Road, Suite 725, Schaumburg, IL 60173

---

**From:** Palombo, Eric <eric.palombo@flastergreenberg.com>
**Sent:** Friday, July 24, 2026 8:20 AM
**To:** Zubair Khan <zubair@trivedikhan.com>; Sinan Alkin <sinan@trivedikhan.com>
**Cc:** Epstein, Daniel <Daniel.Epstein@flastergreenberg.com>; Patel, Janki S. <Janki.patel@flastergreenberg.com>
**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

Sinan – I received an out of office message from Zubair. Please let me know if you are available as well.

Thank you,
Eric

**Eric C. Palombo**
Practice Lead, Transportation, Logistics, & Supply Chain • Flaster Greenberg PC
p: 215.320.3728 • f: 610.260.4447 • e: eric.palombo@flastergreenberg.com

---

**From:** Palombo, Eric
**Sent:** Friday, July 24, 2026 8:35 AM
**To:** Zubair Khan <zubair@trivedikhan.com>
**Cc:** Sinan Alkin <sinan@trivedikhan.com>; Epstein, Daniel <Daniel.Epstein@flastergreenberg.com>; Patel, Janki S. <Janki.Patel@flastergreenberg.com>
**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

Zubair,

As discussed during our prior status conference with the Court, Vista's responses to Aramark's discovery requests were due on June 26, 2026. To date, we have not received any responses and consider any objections waived as a result.

Pursuant to Local Rule 37.2, please let us know if you are available today to meet and confer regarding Vista's failure to respond to Aramark's First Set of Interrogatories and Requests for Production. If you are unavailable today, please let me know your availability next Monday or Tuesday. With respect to the First Set of Requests for Admission, Vista's failure to respond within the prescribed time renders the matters set forth in the requests deemed admitted pursuant to Rule 36.

If Vista does not intend to contest the remaining charges at issue, please let us know. We can then provide the appropriate stipulation so that the parties may avoid incurring further unnecessary costs and fees.

Thank you,
Eric

**Eric C. Palombo**
Practice Lead, Transportation, Logistics, & Supply Chain • Flaster Greenberg PC
p: 215.320.3728 • f: 610.260.4447 • e: eric.palombo@flastergreenberg.com

---

**From:** Palombo, Eric
**Sent:** Wednesday, May 20, 2026 6:17 PM
**To:** Sinan Alkin <sinan@trivedikhan.com>
**Cc:** Zubair Khan <zubair@trivedikhan.com>; Epstein, Daniel <Daniel.Epstein@flastergreenberg.com>; Patel, Janki S. <Janki.Patel@flastergreenberg.com>
**Subject:** Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

Sinan,

Please see the attached letter and discovery requests. Hard copies have also been mailed. I do not believe we covered this in our meet and confer, but please confirm if you agree to service of all documents via email for both parties moving forward.

Best,
Eric

FLASTER GREENBERG
Attorneys at Law | A Professional Corporation

**Eric C. Palombo**
Practice Lead, Transportation, Logistics, & Supply Chain • Flaster Greenberg PC
p: 215.320.3728 • f: 610.260.4447 • e: eric.palombo@flastergreenberg.com
One Tower Bridge, 100 Front Street, Suite 100, Conshohocken, PA 19428

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling the sender, so that our address record can be corrected.

**Palombo, Eric**

---

**From:** Palombo, Eric
**Sent:** Wednesday, August 12, 2026 10:31 AM
**To:** 'Zubair Khan'
**Cc:** Epstein, Daniel; Patel, Janki S.; Sinan Alkin
**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

Zubair,

It has been a week since your last email, but we have not received Vista's discovery responses, which remain overdue. We intend to proceed with filing a motion to compel and can revisit the issue should Vista produce full and complete discovery responses.

Thank you,
Eric

**Eric C. Palombo**
Practice Lead, Transportation, Logistics, & Supply Chain • Flaster Greenberg PC
p: 215.320.3728 • f: 610.260.4447 • e: eric.palombo@flastergreenberg.com

---

**From:** Zubair Khan <zubair@trivedikhan.com>
**Sent:** Wednesday, August 5, 2026 6:28 PM
**To:** Palombo, Eric <eric.palombo@flastergreenberg.com>
**Cc:** Epstein, Daniel <Daniel.Epstein@flastergreenberg.com>; Patel, Janki S. <Janki.patel@flastergreenberg.com>; Sinan Alkin <sinan@trivedikhan.com>
**Subject:** RE: Aramark v. Waukegan - Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission

ⓘ External email ❯

Some people who received this message don't often get email from zubair@trivedikhan.com. Learn why this is important

Eric – I'm going to need a little more time to put together the discovery answers. I can get it to you in a week.

Zubair