**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br><br>Defendant. | CASE NO. 1:25-cv-06361<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT**

Plaintiff, Aramark Healthcare Support Services, LLC ("Aramark"), and Defendant, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Vista"), by and through their respective attorneys, file this Joint Status Report pursuant to the Court's Order dated July 23, 2026 (ECF No. 56) regarding discovery scheduling and settlement status.

With respect to discovery, Aramark filed a Motion to Compel Vista's responses to Aramark's First Set of Interrogatories and Requests for Production on August 14, 2026. ECF No. 57. After the parties conferred, Vista consented to the entry of an order providing it until August 31, 2026, to provide its responses to interrogatories and requests for production. ECF No. 61. As of the filing of this report, those discovery responses remain outstanding. Assuming Vista complies with the court ordered deadline, Aramark intends to proceed with a deposition of Vista's corporate representative. At this time, the parties do not request a modification of the discovery schedule in this matter.

Regarding settlement, the parties continue to explore a resolution but have not reached a resolution. On August 17, 2026, Vista conveyed a settlement counteroffer and Aramark responded with a counterdemand on August 26, 2026. The parties intend to continue engaging in discussions regarding resolution while proceeding with discovery.

**FLASTER GREENBERG, P.C.**

By: */s/ Eric C. Palombo*
Eric C. Palombo
Flaster Greenberg, P.C.
100 Front Street, Suite 100
Conshohocken, PA 19428
Telephone: (215) 320-3728
Eric.Palombo@flastergreenberg.com
*Attorneys for Plaintiff, Aramark Healthcare Support Services, LLC*

**TRIVEDI & KHAN P.C.**

By: */s/ Zubair A. Khan*
Zubair A. Khan (6275265)
Sinan Alkin
300 N. Martingale Road, Suite 725
Schaumburg, IL 60173
Telephone: (312) 612-7619
service@trivedikhan.com
*Attorneys for Defendant Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System*

Date: August 31, 2026



15890004 v1