**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aramark Healthcare Support Services, LLC
Plaintiff,
v.
Case No.: 1:25−cv−06361
Honorable Joan B. Gottschall
Waukegan Illinois Hospital Company, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 3, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: The defendant's status report due on 9/2/26 (doc. #[64]) is overdue. The defendant is kindly directed to file it forthwith concerning whether the Court's earlier order was complied with. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.