**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC D/B/A VISTA HEALTH SYSTEM,<br><br>Defendant. | CASE NO. 25-CV-06361<br><br>Judge Joan B. Gottschall |

**DEFENDANT'S DISCOVERY STATUS REPORT**

Pursuant to the Court's September 2, 2026, Minute Order, Defendant, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Vista" or "Defendant"), through its undersigned attorneys, hereby submit that its Responses to Plaintiff's Requests for Admissions were served on August 26, 2026. Counsel for Defendant is requesting an additional (14) days to complete their Answers to Interrogatories and Requests for Production, so as to continue coordinating with Defendant to secure all responsive documents and appropriate signatures for verifications.

Respectfully submitted,
**WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC**

s/ Zubair A. Khan
By: One of its attorneys

Zubair A. Khan (6275265)
Trivedi & Khan, P.C.
300 N. Martingale Road, Suite 725
Schaumburg, IL 60173
Phone: (312) 612-7619
Email: service@trivedikhan.com