**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d/b/a VISTA HEALTH SYSTEM,<br><br>Defendant. | Case No: 25 CV 06361<br>Judge Joan B. Gottschall |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY RESPONSES and MOTION TO EXTEND FACT DISCOVERY DEADLINE**

Defendant Waukegan Hospital Company, LLC, by its attorneys, TRIVEDI & KHAN, P.C., and for its Motion for Extension of Time to Complete Discovery Responses and Motion to Extend Fact Discovery Deadline, states as follows:

1. On September 4, 2026, this Court entered an Order requiring Defendant to complete its discovery responses by September 18, 2026 and set a fact discovery deadline of September 30, 2026.
2. Defendant seeks a 7-day extension of time to complete the remaining discovery responses, namely, Answers to Interrogatories and Response to Request for Production.
3. Defendant also seeks a 30-day extension of time for the fact discovery deadline. This motion is not brought for the purposes of delay, but rather in order to represent Defendant in the capacity it deserves.

WHEREFORE, Defendant Waukegan Hospital Company, LLC respectfully requests that this Honorable Court grant its Motion, extending the deadline to serve the remaining written discovery responses within (7) days, by September 25, 2026, extending the deadline to close fact discovery by 30 days, by October 31, 2026, and granting any further relief the Court deems just.

Date: September 18, 2026

Respectfully Submitted,
**WAUKEGAN HOSPITAL COMPANY, LLC**

By: s/ Zubair A. Khan
One of its attorneys

Zubair A. Khan (6275265)
TRIVEDI & KHAN, P.C.
300 N Martingale Road, Suite 725
Schaumburg, IL 60173
Phone: (224) 353-6346
Fax: (224) 353-6348
Email: service@trivedikhan.com