**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br>Defendant. | CASE NO. 1:25-cv-06361<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT**

Plaintiff, Aramark Healthcare Support Services, LLC ("Aramark"), and Defendant, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Vista"), by and through their respective attorneys, file this Joint Status Report pursuant to the Court's Order dated September 17, 2026 (Dkt. No. 67) regarding discovery and settlement status.

With respect to discovery, Vista previously consented to Aramark's motion to compel responses to Aramark's First Set of Interrogatories and Requests for Production and obtained an extension of time to provide those responses. See Dkt. No. 57, 61. Subsequently, the Court ordered Vista to complete its discovery responses by September 18, 2026. See Dkt. No. 67. On September 18, 2026, Vista moved for an additional seven-day extension to serve its interrogatory answers and responses to requests for production by September 25, 2026, and requested a thirty-day extension of the fact discovery deadline. See Dkt. 68. The Court denied the Motion without prejudice for failing to indicate whether it was opposed. Dkt. No. 69.

Aramark does not oppose a thirty-day extension of the fact discovery deadline, which is necessary given the discovery posture of this case. Aramark does oppose any further extension of Vista's deadline to provide its outstanding discovery responses. Aramark served its discovery requests on May 20, 2026. Dkt. No. 57-1. Aramark previously provided Vista with an extension to provide its responses, extending the deadline to June 26, 2026 and then August 4, 2026. Dkt. Nos. 49 and 57-2. By order of the Court, Vista was required to provide its discovery responses first on August 31 and then on September 18. Dkt. Nos. 61 and 67. It failed to provide responses by those deadlines and has failed to comply with this Court's Orders. It then requested another week to provide discovery responses by September 22, which was denied. Dkt. No. 69. Regardless, as of the filing of this report, Vista has not yet served its responses or produced any documents.

Aramark has also noticed the deposition of Vista's corporate representative pursuant to Rule 30(b)(6) setting the deposition for September 29 and asking for Vista to confirm the date or provide alternative dates. On September 18, 2026, Vista responded that it would need additional time for the production of its written responses and would provide alternative dates when it provided its discovery responses. As of the filing of this report, Vista has neither provided its discovery responses nor offered alternative dates for the corporate representative deposition. Aramark's position is that Vista's continued failure to meaningfully participate in discovery has obstructed the orderly and efficient resolution of this case.

Accordingly, the parties respectfully request a modification of the scheduling order extending the fact discovery deadline to October 30, 2026.

Regarding settlement and as indicated in the parties' August 31 Status Report (Dkt. No. 63), Aramark conveyed a settlement counterdemand to Vista on August 26, 2026. As of the filing

of this report, Aramark has not received a response to that counterdemand. The parties remain willing to continue settlement discussions while discovery proceeds.

**FLASTER GREENBERG, P.C.**

By: */s/ Eric C. Palombo*
Eric C. Palombo
Flaster Greenberg, P.C.
100 Front Street, Suite 100
Conshohocken, PA 19428
Telephone: (215) 320-3728
Eric.Palombo@flastergreenberg.com
*Attorneys for Plaintiff, Aramark Healthcare Support Services, LLC*

**TRIVEDI & KHAN P.C.**

By: */s/ Zubair A. Khan*
Zubair A. Khan (6275265)
Sinan Alkin
300 N. Martingale Road, Suite 725
Schaumburg, IL 60173
Telephone: (312) 612-7619
service@trivedikhan.com
*Attorneys for Defendant Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System*

Date: September 29, 2026