**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aramark Healthcare Support Services, LLC
Plaintiff,
v.
Case No.: 1:25−cv−06361
Honorable Joan B. Gottschall
Waukegan Illinois Hospital Company, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: The Court appreciates the status report (doc. #[70]) which is construed as a joint agreed motion to extend the fact discovery deadline to 10/30/26 for good cause shown. That motion is granted. However, the clock has run out on further postponements, including those by defendant with respect to written discovery responses and Rule 30(b)(6) deposition dates. In the interest of efficient and fair discovery management, and consistent with the parties' agreement to extend fact discovery to 10/30/26, the Court orders as follows: (1) defendant's written discovery responses must be provided to plaintiff no later than noon on 10/9/26; (2) also by noon on 10/9/26, defendant must supply plaintiff with available dates for the Rule 30(b)(6) deposition so that it may be noticed and scheduled for completion no later than the 10/30/26 fact cutoff, which is final; and (3) the parties are to file another joint status report concerning compliance with this order by noon on 10/13/26. The report should also address whether the parties mutually wish to engage in a settlement conference with the magistrate judge. Further, the parties kindly are reminded that the noon filing deadline for items such as status reports or other documents means noon, and not afternoon. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.