**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br>Defendant. | CASE NO. 1:25-cv-06361<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Gabriel A. Fuentes |

# JOINT STATUS REPORT

Plaintiff, Aramark Healthcare Support Services, LLC ("Aramark"), and Defendant, Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Vista"), by and through their respective attorneys, file this Joint Status Report pursuant to the Court's Order dated September 29, 2026 (Dkt. No. 71) regarding Vista's compliance with the Court's prior Orders.

On September 29, 2026, the Court ordered Vista to produce its written discovery responses and provide dates for the deposition of its corporate representative to Aramark no later than noon on October 9, 2026. In violation of the Court's order, Vista has neither produced its discovery responses nor provided available dates for the deposition of its corporate representative. Prior to September 29, 2026, Defendants answered Plaintiff's requests to admit. Aramark notes that those answers were provided after their deadline.

As outlined in prior status reports, Aramark served its discovery requests on May 20, 2026. Dkt. No. 57-1. Aramark previously provided Vista with an extension to provide its responses, extending the deadline to June 26, 2026, and then August 4, 2026. Dkt. Nos. 49 and 57-2. By order

of the Court, Vista was required to provide its discovery responses first on August 31 and then on September 18. Dkt. Nos. 61 and 67. It then requested another week to provide discovery responses by September 22, which was denied. Dkt. No. 69. The Court then provided a final deadline of noon on October 9, 2026. Dkt. No. 71. It has now failed to meet its discovery obligations on no fewer than *six* occasions, including multiple deadlines imposed by Court order.

For context, Aramark is seeking the recovery of approximately $4.8 million in damages, reflecting unpaid charges for services Aramark rendered, plus fees, costs, and interest. Vista disputes approximately $900,000 of those damages, claiming that it did not receive those invoices and has not had the opportunity to evaluate them. Dkt. No. 42, Order pp. 1, 5; Dkt. No. 35-1, E. George Aff. ¶¶ 4-12. Aramark previously filed the invoices for the unpaid charges at issue on August 13, 2025, and they have been available to Vista since Vista first appeared in this case. Dkt. No. 13-4.

Aramark's position is that this case has been beset by delays on the part of Vista, starting with Vista's failure to respond to the Complaint, which resulted in a default judgment and subsequent motion practice. Vista has continued the same conduct throughout this litigation by failing to timely respond to discovery or make its corporate representative available to be deposed. Vista's failure to participate in discovery has severely prejudiced Aramark. Aramark has been unable to explore Vista's defenses, review its discovery responses, or schedule Vista's corporate deposition. Vista has relayed to the Court that its ownership has changed during the pendency of the litigation, causing much of the delay in discovery responses. The Court ordered that discovery will close on October 30, and Vista's delays and failure to participate in discovery have prevented Aramark from completing that discovery and assessing whether follow-up discovery is needed. Accordingly, Aramark requests that the Court enter an order striking Vista's defenses and

awarding Aramark the reasonable attorneys' fees and costs it incurred in pursuing Vista's overdue discovery responses. Alternatively, Aramark can file the appropriate motion should that be the Court's preference. Vista alerts the Court that the hospital billings have improved over the past two weeks. It expects to be able to place resources to respond to the remaining

**FLASTER GREENBERG, P.C.**

By: *<u>/s/ Eric C. Palombo</u>*
Eric C. Palombo
Flaster Greenberg, P.C.
100 Front Street, Suite 100
Conshohocken, PA 19428
Telephone: (215) 320-3728
Eric.Palombo@flastergreenberg.com
*Attorneys for Plaintiff, Aramark Healthcare Support Services, LLC*

**TRIVEDI & KHAN P.C.**

By: *<u>/s/ Zubair A. Khan</u>*
Zubair A. Khan (6275265)
Sinan Alkin
300 N. Martingale Road, Suite 725
Schaumburg, IL 60173
Telephone: (312) 612-7619
service@trivedikhan.com
*Attorneys for Defendant Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System*

Date: October 13, 2026