**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aramark Healthcare Support Services, LLC
Plaintiff,
v.
Case No.: 1:25−cv−06361
Honorable Joan B. Gottschall
Waukegan Illinois Hospital Company, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: On review of what was filed as a joint status report (doc #[72]) above the signatures of counsel for both plaintiff and defendant, the Court notes that the report states that defendant has not complied with the Court's 9/29/26 order (doc. #[71]) directing that by 10/9/26, defendant shall render its written discovery responses and supply plaintiff with available dates for its Rule 30(b)(6) deposition. The Court sua sponte orders defendant to appear at 9:30 a.m. on 10/21/26 in Courtroom 2266 of the Dirksen U.S. Courthouse for a rule to show cause why the magistrate judge should not certify facts in support of a civil contempt finding by the district court based on non−compliance with the magistrate judge's 9/29/26 order. Given the circumstances, plaintiff is given leave to appear telephonically by dialing in at 1−650−479−3207, using access code 1607759621. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.