**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d/b/a VISTA HEALTH SYSTEM,<br><br>Defendants. | Court No: 25-CV-06361<br><br>Judge Joan B. Gottschall |

**MOTION TO WITHDRAW**

Zubair A. Khan of the law firm Trivedi & Khan, P.C., hereby moves this Court to grant him leave to withdraw as counsel for Defendant Waukegan Illinois Hospital Company LLC, d/b/a Vista Health System, in the above-captioned action, and in support thereof, states as follows:

1. Trivedi & Khan, P.C. filed its appearance on behalf of Defendant Waukegan Illinois Hospital Company LLC, d/b/a Vista Health System.

2. There has been an irretrievable breakdown in the attorney/client relationship, such that movant can no longer represent Defendant Waukegan Illinois Hospital Company LLC, d/b/a Vista Health System in the manner it desires.

3. The granting of this Motion will not unduly delay proceedings in the case or otherwise be inequitable or unjust.

4. The last known address for Defendant Waukegan Illinois Hospital Company LLC, d/b/a Vista Health System is 1324 N. Sheridan Road, Waukegan, Illinois, 60085. Copies of

this motion to withdraw has also been served to Defendant via email transmission to Elizabeth George (elizabeth.george@amhealthsystems.com) and Yeva Poghosyan (yeva.poghosyan@amhealthsystems.com).

**WHEREFORE,** counsel requests that this Court grant said attorney leave to withdraw as attorney of record in this matter.

Zubair A. Khan (6275265)
TRIVEDI & KHAN, P.C.
300 N Martingale Road, Suite 725
Schaumburg, IL 60173
Telephone: (312) 612-7619
Fax: (224) 353-6348
Email: service@trivedikhan.com

Respectfully submitted,
**TRIVEDI & KHAN, P.C.**

*s/ Zubair A. Khan*
By: Zubair A. Khan