**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d/b/a VISTA HEALTH SYSTEM,<br><br>Defendants. | Court No: 25-CV-06361<br><br>Judge Joan B. Gottschall |

**NOTICE OF MOTION**

TO: Flaster Greenberg
Eric Palombo (eric.palombo@flastergreenberg.com)

**PLEASE TAKE NOTICE** that on October 21, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Fuentes at the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendant's *Motion to Withdraw,* a copy of which is hereby served upon you.

Zubair A. Khan (6275265)
Trivedi & Khan, P.C.
300 N. Martingale Road, Suite 725
Schaumburg, IL 60173
Phone: (312) 612-7619
Email: service@trivedikhan.com

**WAUKEGAN ILLINOIS HOSPITAL COMPANY**

s/ Zubair A. Khan
By: One of its attorneys

**NOTICE TO WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC D/B/A VISTA HEALTH SYSTEM: to ensure notice of any action in this case, you should retain other counsel herein or file with the clerk of the court, within 21 days after the entry of the order of withdrawal, your supplementary appearance stating an address at which service of notices or other documents may be had upon you**

**CERTIFICATE OF SERVICE**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned, a non-attorney, certifies that copies of the foregoing ***Notice of Motion*** and ***Motion to Withdraw*** were served to the counsel of record listed above by CM/ECF filing system, which sends an email notification upon acceptance, on October 20, 2026.

s/ Jessica Pulio

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned, a non-attorney, certifies that copies of the foregoing ***Notice of Motion*** and ***Motion to Withdraw*** were served to Defendant Waukegan Illinois Hospital Company LLC d/b/a Vista Health System via email transmission and via US Certified Mail, on October 20, 2026, addressed as follows:

Via U.S. Certified Mail to:
Waukegan Illinois Hospital Company LLC d/b/a Vista Health System
1324 N. Sheridan Road, Waukegan IL 60085

Via email to: Elizabeth George (elizabeth.george@amhealthsystems.com)
Via email to: Yeva Poghosyan (yeva.poghosyan@amhealthsystems.com)

s/ Jessica Pulio