**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aramark Healthcare Support Services, LLC
Plaintiff,
v.
Case No.: 1:25−cv−06361
Honorable Joan B. Gottschall
Waukegan Illinois Hospital Company, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: RTSC hearing held and hearing held on motion to withdraw (doc. #[75]). Plaintiff's counsel appeared telephonically with leave, and defense counsel and withdrawal movant Khan appeared in person. For the reasons stated on the record, the RTSC is entered and continued to 11 a.m. on 11/6/26 in Courtroom 2266, with plaintiff's counsel granted leave to appear telephonically, but with counsel Khan and defendant's chief legal officer ordered to appear in person. The due date for the overdue Rule 33 and 34 responses is extended to 11/6/26 based on defense counsel's representation today that a change in circumstances at defendant includes reason to believe defendant will comply by producing the already completed (in draft form) discovery responses, but if that does not materialize, or if the responses reflect a pattern of dilatory or obstreperous discovery conduct, the Court will continue to consider a contempt certification. Assuming compliance, an 11/13/26 due date for responsive documents is likely, so defendant is ordered to ensure that the document production begin immediately if it has not already. In addition, the motion to withdraw is entered and continued through the 11/6/26 hearing, with the understanding that the motion may yet be granted, but also that the changed circumstances at defendant may mean, in the Court's judgment, that the basis for withdrawal has changed. For the reasons stated on the record, the Court will not hesitate to grant the withdrawal motion if circumstances have not changed, and if counsel presses the withdrawal motion on 11/6/26. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.