**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aramark Healthcare Support Services, LLC
Plaintiff,
v.
Case No.: 1:25−cv−06361
Honorable Joan B. Gottschall
Waukegan Illinois Hospital Company, LLC
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 6, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on RTSC hearing and hearing held on motion to withdraw (doc. #[75]), continued from 10/21/26. For the reasons stated on the record and in the accompanying order, defense counsel and withdrawal movant Khan's motion to withdraw is conditionally granted, and Defendant Vista has until noon on 11/20/26 to retain new counsel. The Court suspends discovery pending further order of Court. The Court will continue to consider the contempt issue, but will not certify facts in support of a finding of contempt against defendant before noon on 11/20/26. Enter Order. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.