**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, | ) | |
| | ) | Case No. 25 C 6361 |
| Plaintiff, | ) | |
| | ) | District Judge Joan B. Gottschall |
| v. | ) | |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d/b/a VISTA HEALTH SYSTEM | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

RTSC hearing and hearing held on motion to withdraw (D.E. 75), continued from 10/21/26.

Plaintiff's counsel appeared telephonically with leave. Defense counsel and withdrawal movant Khan's oral motion to appear telephonically granted. Defendant Vista's chief legal officer did not appear as previously agreed. Defense counsel Khan informed the Court that he provided defendant's chief legal officer with instructions on how to appear telephonically for the proceeding. Plaintiff's counsel confirmed that plaintiff has not received the overdue Rule 33 and 34 responses from defendant and that defendant has not provided it with dates for the Rule 30(b)(6) deposition of defendant's corporate representative. Defense counsel Khan confirmed that he has not received responses from his client or dates for the Rule 30(b)(6) corporate representative deposition. Defense counsel states that he immediately contacted his client following the 10/21/26 RTSC hearing. He informed defendant of the 11/6/26 extended deadline for its discovery responses and re-sent plaintiff's discovery requests with drafts of discovery responses he prepared and highlighted information that he needed to obtain from defendant. Defense counsel also informed his client then that he would move to withdraw due to ongoing issues regarding compensation; Mr. Khan so moved (D.E. 75) and reported today that those issues remain today.

Accordingly, Khan's Motion to Withdraw as Counsel for Defendant Waukegan Illinois Hospital Company LLC d/b/a Vista Health System (D.E. 75) is granted subject to the following conditions: Khan must transmit the Court's 11/6/26 order to Vista, along with a copy of the transcript of today's hearing once it is filed. Defendant Vista is given until noon on 11/20/26 to retain new counsel and have the appearance filed on the docket. Given the ongoing discovery production issues and the granting of defense counsel Khan's motion to withdraw, the Court suspends discovery pending further order of Court. Plaintiff's counsel agrees to order transcript for 11/6/26 hearing. Finally, given the level of dilatory and obstreperous conduct displayed by defendant, including the noncompliance with multiple court orders and the stonewalling on

discovery even after the Court continued the RTSC hearing to today, the Court will take the contempt issue under advisement but will not certify facts in support of a finding of contempt against defendant before noon on 11/20/26 to give defendant yet one more opportunity to engage meaningfully with this matter, and with counsel.

**SO ORDERED.**

**ENTER:**

**GABRIEL A. FUENTES**
**United States Magistrate Judge**

**DATED: November 6, 2026**