**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aramark Healthcare Support Services, LLC
Plaintiff,
v.
Case No.: 1:25−cv−06361
Honorable Joan B. Gottschall
Waukegan Illinois Hospital Company, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2026:

MINUTE entry before the Honorable Joan B. Gottschall: On November 20, 2026, plaintiff filed a status report [85] containing a request that the court strike defendant's answer and re−enter a default judgment against defendant. Judge Fuentes subsequently indicated that plaintiff's request [85] for default judgment would be addressed by the district judge. Defendant was given until noon on November 20, 2026, to retain new counsel and file a notice of appearance. Dkt. No. [82]. That deadline has come and gone, and no appearance for defendant has been filed. To afford the presently unrepresented defendant with notice and an opportunity to be heard, plaintiff is instructed to file a motion for the relief sought in its status report [85] filed November 20, 2026. Any such motion must be served, along with a copy of this order, in accordance with Fed. R. Civ. P. 5. Any response will be due within seven days of the date on which any such motion is filed. The first page of plaintiff's motion must specify the date on which a response is due. Vista is reminded that because it is an LLC, any response must be filed by counsel. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.